**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **SENSIVA HEALTH, LLC** | **CIVIL ACTION NO. 21-00598** |
| **VERSUS** | **JUDGE GREG GERARD GUIDRY** |
| **UNIVERSAL MEDITECH, INC., and KAREKIN KHATCHADOORIAN** | **MAGISTRATE JUDGE MICHAEL NORTH** |

# UNIVERSAL MEDITECH, INC.'S WITNESS AND EXHIBIT LIST

Universal Meditech, Inc. ("UMI") hereby respectfully submits, in accordance with the Court's January 27, 2022 Scheduling Order (Rec. Doc. 57), its preliminary list of witnesses who may be called to testify, and exhibits that may be introduced, at trial:

## Preliminary Witness List

1. Tarun Jolly
2. Donovan Blakney
3. Jacob Kurdys
4. Ben Williamson
5. Simon Cashmore
6. Dave Vigerust
7. Jim Silliman
8. Rajeev Kumar
9. W. Bradley Worthington
10. Jeff Johnston and/or CovidScan LLC representative
11. Ben Steuart and/or Steuart Contract Packaging representative
12. Karekin Khatchadoorian

13. Zhaoyan Wang
14. Jiabei Zhu
15. Zhaolin Wang
16. Steve Xu
17. Dr. Hugo Romeu
18. Ben Kazenmaier of BKK Solutions, LLC f/k/a BCK Medical Holdings, LLC
19. Representative of BKK Solutions, LLC f/k/a BCK Medical Holdings, LLC and/or BCK Investments, LLC
20. Representative of BVI Health Services Authority
21. Representative of Cabildo Staffing
22. Holly Sharp of Laporte CPAs & Business Advisors
23. Any expert witness identified by UMI, Sensiva Health, LLC ("Sensiva"), Cormeum Lab Services, LLC ("Cormeum"), or Tarun Jolly in accordance with the deadlines established in the Court's Scheduling Order and subsequent amendments and/or the Federal Rules of Civil Procedure
24. Any person deposed in this lawsuit
25. Any person identified in depositions to be taken in this lawsuit
26. Corporate representative(s) and/or records custodian(s) of any party to this litigation
27. Any witness needed to identify or authenticate any document or other evidence
28. Any witness, fact or expert, listed, called, or disclosed by Sensiva, Cormeum, or Tarun Jolly.
29. Any witness needed for rebuttal or impeachment testimony at trial
30. Any witness whose identity becomes known after the exchange of this list whose testimony is relevant to the issues to be tried

As discovery is ongoing, UMI reserves the right to supplement or amend this preliminary witness list as additional facts and issues become known during the course of discovery and this litigation. UMI reserves the right to use video deposition excerpts, as evidence for trial purposes, with respect to those witnesses that are beyond the subpoena power of the court and in accordance

with Rule 32 of the Federal Rules of Civil Procedure and the provisions of the Court's Scheduling Orders in this action.

**Preliminary Exhibit list**

1. Development Agreement entered between UMI and Cormeum in December of 2020 and all documents and correspondence related thereto.

2. January 28, 2021 Purchase Order (Rec. Doc. 12-3) and all documents and correspondence related thereto.

3. March 4, 2021 Letter (Rec. Doc. 12-4) and all documents and correspondence related thereto.

4. All Emergency Use Authorization applications and related documents and correspondence by Sensiva, Cormeum, or Tarun Jolly with the Food and Drug Administration related to SARS-Cov-2 Testing Kits, otherwise known as Covid-19 Test Kits or Lateral Flow Devices ("LFDs").

5. 2020 Sales records of LFD's by Sensiva to any customer and documents and correspondence related thereto.

6. 2021 Sales records of LFD's by Sensiva to any customer and documents and correspondence related thereto.

7. Sensiva Income Tax Return for year 2020.

8. Sensiva Income Tax Return for year 2021.

9. Contracts, purchase orders, and invoices executed between Sensiva and any customers for LFD's for year 2020 and documents and correspondence related thereto.

10. Contracts, purchase orders, and invoices executed between Sensiva and any customers for LFD's for year 2021 and documents and correspondence related thereto.

11. Sensiva Health 2020 General Ledger.

12. Sensiva Health 2021 General Ledger.

13. 2020 Sales records of LFD's by Cormeum to any customer and documents and correspondence related thereto.

14. 2021 Sales records of LFD's by Cormeum to any customer and documents and correspondence related thereto.

15. Cormeum Income Tax Return for year 2020.

16. Cormeum Income Tax Return for year 2021.

17. Contracts, purchase orders, and invoices executed between Cormeum and any customers for LFD's for year 2020 and documents and correspondence related thereto.

18. Contracts, purchase orders, and invoices executed between Cormeum and any customers for LFD's for year 2021 and documents and correspondence related thereto.

19. Cormeum 2020 General Ledger.

20. Cormeum 2021 General Ledger.

21. All documents related to Sensiva, Cormeum, or Tarun Jolly manufacturing LFDs or Test Kits.

22. All documents produced by Sensiva, Cormeum, and Tarun Jolly including SENSIVA 00000001-SENSIVA00024314 and any documents produced in the future by these parties.

23. All documents produced by UMI including UMI00000001-UMI00006250 and any documents produced in the future by UMI.

24. All LFDs or Test Kits purchased, manufactured, or sold by Sensiva, Cormeum, or Tarun Jolly including but not limited to Wondfo, Hanson, V-Check, and any other LFDs or Test Kits purchased, manufactured, or sold by Sensiva, Cormeum, or Tarun Jolly.

25. LFDs or Test Kits manufactured by UMI.

26. All documents including correspondence regarding LFDs and Test Kits manufactured by UMI including costs related thereto.

27. All documents, correspondence, and photographs related to the March 12, 2022 inspection.

28. All documents produced or related to BKK Solutions, LLC f/k/a BCK Medical Holdings, LLC.

29. All documents produced by third party CovidScan LLC including COVIDSCAN000001-COVIDSCAN000038 and any other documents.

30. All documents including pictures produced by Steuart Contract Packaging a/k/a Steuart Custom Products, Inc. including SCP000001-SCP000071.

31. Photographs of UMI's Manufacturing Facility and UMI's LFDs or Test Kits.

32. Sales records, purchase orders, or invoices related to UMI's sale of UMI's LFD or Test Kits.

33. Any communications between UMI and Sensiva, Cormeum, and Tarun Jolly.

34. Documents relating to the respective gross and/or net profit, sales, costs, and/or expenses by unit related to the selling, licensing, and/or commercializing the LFDs or Test Kits sold by Sensiva, Cormeum, or Tarun Jolly whether manufactured by UMI, a third-party manufacturer, or Sensiva, Cormeum, or Tarun Jolly.

35. Documents relating to the design and features of the LFDs or Test Kits sold by UMI, Sensiva, Cormeum, or Tarun Jolly.

36. Documents from *Vitapros, LLC and Sensiva Health, LLC v. Steuart Contract Packaging AKA Steuart Custom Products, Inc*., Docket No. 2021-05075, Division D Section 10, Civil District Court for the Parish of Orleans, State of Louisiana, including but not limited to pleadings, briefs, correspondence with the Court, and communications between counsel.

37. Documents from *BKK Solutions, LLC f/k/a BCK Medical Holdings, LLC v. Sensiva Health, LLC, Tarun Jolly, and Ben Williamson*, Docket No. 2022-04083, Division N Section 8, Civil District Court for the Parish of Orleans, State of Louisiana, including but not limited to pleadings, briefs, correspondence with the Court, and communications between counsel.

38. Documents from *Sensiva Health, LLC v. BKK Solutions, LLC*, Docket No. 2022-03987, Division J Section 15, Civil District Court for the Parish of Orleans, State of Louisiana, including but not limited to pleadings, briefs, correspondence with the Court, and communications between counsel.

39. Documents and correspondence between Sensiva, Cormeum, Tarun Jolly, and CovidScan, LLC, including but not limited to Jeff Johnston of CovidScan, LLC related to the Development Agreement, the January 28, 2021 Purchase Order (Rec. Doc. 12-3), the March 4, 2021 Letter (Rec. Doc. 12-4), and the sale of LFDs manufactured by UMI, manufactured by third parties, or manufactured by Sensiva.

40. Documents and correspondence between Sensiva and VitaPros, LLC related to the Development Agreement, the January 28, 2021 Purchase Order (Rec. Doc. 12-3), the March 4, 2021 Letter (Rec. Doc. 12-4), and the sale of LFDs manufactured by UMI, manufactured by third parties, or manufactured by Sensiva.

41. Sensiva's Covid-19 Multi-Analyte Antigen Device.

42. Documents and correspondence related to Sensiva's Covid-19 Multi-Analyte Antigen Device including internal communications, communications with the FDA, and communications with third parties regarding the registration and device listing.

43. Sensiva's profit and loss statements for years 2020 and 2021.

44. Sensiva's monthly balance sheets for years 2020 and 2021.

45. Cormeum's profit and loss statements for years 2020 and 2021.

46. Cormeum's monthly balance sheets for years 2020 and 2021.

47. Sensiva and Cormeum's Internal and External inspection procedures, test procedures, or quality control procedures presently used or used in the past in connection with its purchase, manufacture, or sale of LFDs and any documents or correspondence related thereto.

48. All documents relied upon by any expert witness and all documents cited in the expert reports and expert rebuttal reports provided by Sensiva's experts, Cormeum's experts, Tarun Jolly's experts, or UMI's experts.

49. Any and all documents used during fact or expert witness depositions taken subsequent to the filing of this preliminary exhibit list.

50. Any and all documents produced by any party or non-party subsequent to the filing of this preliminary exhibit list.

51. Any and all documents necessary for rebuttal and or impeachment.

52. Any exhibits listed or used by Sensiva, Cormeum, or Tarun Jolly.

53. Any documents listed, identified, or used in any fact or expert deposition.

54. Demonstrative exhibits to be exchanged in accordance with the Court's scheduling order.

As discovery is ongoing, UMI reserves the right to supplement or amend this preliminary exhibit list as additional facts and issues become known during the course of discovery and this litigation. UMI reserves the rights to use or introduce into evidence any exhibit introduced into evidence or identified by Sensiva, Cormeum, or Tarun Jolly on their exhibit lists. UMI also reserves the right to use or introduce into evidence, for impeachment purposes, additional exhibits that are not listed herein.

Respectfully Submitted:
*/s/ Tyler D. Trew*
Tyler D. Trew (La. Bar #34125)
Melanie N. Derefinko (La. Bar #37658)
Alec N. Andrade (La. Bar #38659)
One Shell Square, 50th Floor, 701 Poydras Street
New Orleans, LA 70139-5099
Telephone: (504) 581-7979, Fax: (504) 556-4108
Emails: ttrew@liskow.com,
mderefinko@liskow.com
aandrade@liskow.com
*Attorneys for Universal Meditech Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 13, 2022, the foregoing was filed electronically using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Tyler D. Trew*