**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **SENSIVA HEALTH, LLC**<br><br>**VERSUS**<br><br>**UNIVERSAL MEDITECH, INC. and KAREKIN KHATCHADOORIAN** | **CIVIL ACTION NO. 21-00598**<br><br>**JUDGE GREG GERARD GUIDRY**<br><br>**MAGISTRATE JUDGE MICHAEL NORTH**<br><br>**JURY TRIAL DEMANDED** |

**MOTION TO COMPEL**

Plaintiff Sensiva Health, LLC respectfully moves the Court for an order compelling Defendant Universal Meditech, Inc. to permit inspection of the manufacturing and laboratory facilities at which UMI's test kits produced for Sensiva were made and/or tested as well as all test kits produced for Sensiva.

WHEREFORE, for the reasons set forth in the accompanying memorandum, Plaintiff Sensiva Health, LLC respectfully requests that the Court grant its Motion and order UMI to permit inspection of the manufacturing and laboratory facilities at which UMI's test kits produced for Sensiva were made and/or tested as well as all test kits produced for Sensiva within thirty (30) days. Sensiva has separately moved to continue Sensiva's expert report and disclosure deadline until 14 days after the date on which Sensiva ultimately conducts its inspections.

Respectfully Submitted:

*/s/ Lauren C. Mastio*

TARAK ANADA (#31598)
LAUREN C. MASTIO (La. Bar #33077)
MICHAEL J. O'BRIEN (La. Bar #38852)

TREY K. BARTHOLOMEW (#39114)
JONES WALKER LLP
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
and
445 North Blvd., Ste. 800
Baton Rouge, LA 70802
Telephone: (504) 582-8322
Facsimile: (504) 589-8322
E-Mail: tanada@joneswaker.com
lmastio@joneswalker.com
mobrien@joneswalker.com
tbartholomew@joneswalker.com

*Attorneys for Sensiva Health, LLC, Cormeum Lab Services, LLC, and Tarun Jolly, M.D.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 1, 2022, the foregoing was filed electronically using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Lauren C. Mastio*