EXHIBIT A

**O'Brien, Michael**

**From:** Tyler Trew <TTrew@liskow.com>
**Sent:** Tuesday, April 19, 2022 10:29 AM
**To:** Mastio, Lauren
**Cc:** Melanie Derefinko; Alec Andrade; Anada, Tarak; O'Brien, Michael
**Subject:** FW: [EXTERNAL] FW: Sensiva/UMI - search terms we would like to remove

Lauren,

How about Thursday at 2? As for scheduling the inspection, we can continue the discussion I had with Tarak last week. Finally, please file the motion as opposed.

Thanks,
Tyler

Tyler D. Trew
Shareholder
Direct 504.556.4164
Fax 504.556.5108
Lawyer Profile

NEW ORLEANS | LAFAYETTE | HOUSTON | BATON ROUGE

701 Poydras Street, Suite 5000 | New Orleans, LA 70139
Liskow.com

Liskow & Lewis, A Professional Law Corporation. This communication is solely for the person to whom it is addressed. It contains legally privileged and confidential information. If you are not the intended recipient, you may not forward, disclose, copy, print, or save the message or its attachments. If you have received this message in error, please notify me immediately, and please delete this message.

-----Original Message-----
From: Mastio, Lauren <lmastio@joneswalker.com>
Sent: Monday, April 18, 2022 4:12 PM
To: Tyler Trew <TTrew@liskow.com>
Cc: Melanie Derefinko <MDerefinko@liskow.com>; Alec Andrade <AAndrade@liskow.com>; Anada, Tarak <tanada@joneswalker.com>; O'Brien, Michael <mobrien@joneswalker.com>
Subject: Re: [EXTERNAL] FW: Sensiva/UMI - search terms we would like to remove

[EXTERNAL EMAIL]

Hi Tyler,

Thanks. I'm heading back in town now, but I'm glad you and Tarak were able to connect and contact the Court about the pending motion.

Would you be available for a call on Thursday to discuss your discovery issues? Also, at that same time would

it be possible to discuss some of UMI's responses. I am largely wanting to get clarity on whether documents are being withheld on the bases of certain objections but will do my best to get a letter to you outlining my inquires/ issues in advance of our call. Perhaps we try to set aside a 2 hour window (although I doubt we will need that long) and we can work through all issues.

Relatedly, I know that you and Tarak spoke about scheduling the inspections. We would like to get those scheduled as soon as possible as that will need to take place well in advance of the new expert report deadline, which while extended is still right around the corner.

Finally, as you know, Mr. Khatchadoorian was dismissed without prejudice. We plan to file a motion for leave to file an amended Complaint that re-pleads claims against Defendant Khatchadoorian, but clarifies the basis for the Court's personal jurisdiction over Defendant Khatchadoorian based on additional facts concerning his Louisiana contacts with and representations to Sensiva and two other Louisiana-based entities. The proposed Second Amended Complaint also names Cormeum as a plaintiff in connection with the transaction at issue and asserts a fraud claim against Defendant UMI, on whose behalf Defendant Khatchadoorian acted. Please let us know whether you consent to the motion for leave or if it is opposed.

Many thanks,

Lauren

Sent from my iPhone

On Apr 12, 2022, at 6:33 PM, Tyler Trew <TTrew@liskow.com> wrote:

Lauren,

I am available anytime 2 or later tomorrow. Additionally, now that you have had some time to get into the case, can we plan to address the various pending discovery issues in the emails below during our call?

Finally, Melanie mentioned that you had requested a list of the attachments that had not been previously produced with bates stamps prior to UMI's production on April 5th. Below is the requested list. As previously discussed, the natives of these documents were all produced with the original production.

* UMI00003915
* UMI00003863
* UMI00003842
* UMI00003850
* UMI00003857
* UMI00003832
* UMI00003811
* UMI00003793
* UMI00003784
* UMI00003782
* UMI00003758
* UMI00003740
* UMI00003737
* UMI00003734
* UMI00003724

* UMI00003700
* UMI00003687
* UMI00003678
* UMI00003671
* UMI00003619
* UMI00003063

Thanks,
Tyler

Tyler D. Trew
Shareholder
Direct 504.556.4164
Fax 504.556.5108
Lawyer Profile<https://www.liskow.com/Team/Tyler-Trew>

[Liskow & Lewis]<https://www.liskow.com/> NEW ORLEANS | LAFAYETTE | HOUSTON | BATON ROUGE

701 Poydras Street, Suite 5000 | New Orleans, LA 70139 Liskow.com<https://www.liskow.com/>

Liskow & Lewis, A Professional Law Corporation. This communication is solely for the person to whom it is addressed. It contains legally privileged and confidential information. If you are not the intended recipient, you may not forward, disclose, copy, print, or save the message or its attachments. If you have received this message in error, please notify me immediately, and please delete this message.

From: Tyler Trew
Sent: Thursday, March 24, 2022 11:34 AM
To: Mastio, Lauren <lmastio@joneswalker.com>; Anada, Tarak <tanada@joneswalker.com>
Cc: Melanie Derefinko <MDerefinko@liskow.com>; Alec Andrade <AAndrade@liskow.com>; O'Brien, Michael <mobrien@joneswalker.com>
Subject: RE: [EXTERNAL] FW: Sensiva/UMI - search terms we would like to remove

That makes sense to me. Just wanted to get these issues on your radar if you are taking the lead.

Tyler D. Trew
Shareholder
Direct 504.556.4164
Fax 504.556.5108
Lawyer Profile<https://www.liskow.com/Team/Tyler-Trew>

[Liskow & Lewis]<https://www.liskow.com/> NEW ORLEANS | LAFAYETTE | HOUSTON | BATON ROUGE

701 Poydras Street, Suite 5000 | New Orleans, LA 70139 Liskow.com<https://www.liskow.com/>

Liskow & Lewis, A Professional Law Corporation. This communication is solely for the person to whom it is addressed. It contains legally privileged and confidential information. If you are not the intended recipient, you may not forward, disclose, copy, print, or save the message or its attachments. If you have received this message in error, please notify me immediately, and please delete this message.

From: Mastio, Lauren <lmastio@joneswalker.com<mailto:lmastio@joneswalker.com>>
Sent: Thursday, March 24, 2022 11:25 AM
To: Tyler Trew <TTrew@liskow.com<mailto:TTrew@liskow.com>>; Anada, Tarak <tanada@joneswalker.com<mailto:tanada@joneswalker.com>>
Cc: Melanie Derefinko <MDerefinko@liskow.com<mailto:MDerefinko@liskow.com>>; Alec Andrade <AAndrade@liskow.com<mailto:AAndrade@liskow.com>>; O'Brien, Michael <mobrien@joneswalker.com<mailto:mobrien@joneswalker.com>>
Subject: RE: [EXTERNAL] FW: Sensiva/UMI - search terms we would like to remove

[EXTERNAL EMAIL]
Tyler,

I am happy to speak generally with you regarding dates and deadlines today, but perhaps we schedule a follow up call early next week to talk about some of the more substantive discovery issues. It sounds like you have some specific questions and Tarak is in a deposition so I am unable to huddle up with him in advance of our call. I know that Tarak has things in the works and I want to get up to speed on the current status of these matters so that I can accurately keep you informed regarding same.

Does that sound like a plan?

Thanks,

Lauren

Lauren Courtney Mastio | Partner
Jones Walker LLP
D: 504.582.8518 | M: 615.498.9745
lmastio@joneswalker.com<mailto:lmastio@joneswalker.com>

From: Tyler Trew <TTrew@liskow.com<mailto:TTrew@liskow.com>>
Sent: Thursday, March 24, 2022 10:30 AM
To: Anada, Tarak <tanada@joneswalker.com<mailto:tanada@joneswalker.com>>
Cc: Mastio, Lauren <lmastio@joneswalker.com<mailto:lmastio@joneswalker.com>>; Melanie Derefinko <MDerefinko@liskow.com<mailto:MDerefinko@liskow.com>>; Alec Andrade <AAndrade@liskow.com<mailto:AAndrade@liskow.com>>; O'Brien, Michael <mobrien@joneswalker.com<mailto:mobrien@joneswalker.com>>
Subject: RE: [EXTERNAL] FW: Sensiva/UMI - search terms we would like to remove

I believe the only issue addressed so far from the issues below is that you have provided the cutoff date for production of documents (11/3/21). We are still awaiting a response on the other issues. Paramount to moving the case forward is the production of documents from the February -September 2021 period. The case is at a standstill until we receive those documents.

Tyler D. Trew
Shareholder
Direct 504.556.4164
Fax 504.556.5108
Lawyer Profile

NEW ORLEANS | LAFAYETTE | HOUSTON | BATON ROUGE

701 Poydras Street, Suite 5000 | New Orleans, LA 70139 Liskow.com

Liskow & Lewis, A Professional Law Corporation. This communication is solely for the person to whom it is addressed. It contains legally privileged and confidential information. If you are not the intended recipient, you may not forward, disclose, copy, print, or save the message or its attachments. If you have received this message in error, please notify me immediately, and please delete this message.

-----Original Message-----
From: Anada, Tarak <tanada@joneswalker.com<mailto:tanada@joneswalker.com>>
Sent: Thursday, March 24, 2022 9:20 AM
To: Tyler Trew <TTrew@liskow.com<mailto:TTrew@liskow.com>>
Cc: Mastio, Lauren <lmastio@joneswalker.com<mailto:lmastio@joneswalker.com>>; Alec Andrade <AAndrade@liskow.com<mailto:AAndrade@liskow.com>>; Melanie Derefinko <MDerefinko@liskow.com<mailto:MDerefinko@liskow.com>>; O'Brien, Michael <mobrien@joneswalker.com<mailto:mobrien@joneswalker.com>>
Subject: Re: [EXTERNAL] FW: Sensiva/UMI - search terms we would like to remove

[EXTERNAL EMAIL]

I'm in a depo today, but some (not all) of the below issues have already been addressed, right?

Sincerely,

Tarak Anada
Jones Walker LLP
201 Saint Charles Avenue
Suite 4900
New Orleans, Louisiana 70170
P: (504) 582-8322
F: (504) 589-8322
C: (504) 782-8616
tanada@joneswalker.com<mailto:tanada@joneswalker.com>
www.joneswalker.com<http://www.joneswalker.com>

On Mar 24, 2022, at 8:58 AM, Tyler Trew <TTrew@liskow.com<mailto:TTrew@liskow.com>> wrote:

Lauren,

In connection with our call today, see below for various discovery issues that are outstanding and need to be resolved.

Regards,
Tyler

Tyler D. Trew
Shareholder
Direct 504.556.4164
Fax 504.556.5108

Lawyer Profile<https://www.liskow.com/Team/Tyler-Trew<https://www.liskow.com/Team/Tyler-Trew>>

[Liskow & Lewis]<https://www.liskow.com/<https://www.liskow.com>> NEW ORLEANS | LAFAYETTE | HOUSTON | BATON ROUGE

701 Poydras Street, Suite 5000 | New Orleans, LA 70139
Liskow.com<https://www.liskow.com/<https://www.liskow.com/>>

Liskow & Lewis, A Professional Law Corporation. This communication is solely for the person to whom it is addressed. It contains legally privileged and confidential information. If you are not the intended recipient, you may not forward, disclose, copy, print, or save the message or its attachments. If you have received this message in error, please notify me immediately, and please delete this message.

From: Anada, Tarak <tanada@joneswalker.com<mailto:tanada@joneswalker.com>>
Sent: Wednesday, March 16, 2022 7:07 PM
To: Tyler Trew <TTrew@liskow.com<mailto:TTrew@liskow.com>>
Cc: Melanie Derefinko <MDerefinko@liskow.com<mailto:MDerefinko@liskow.com>>; Alec Andrade <AAndrade@liskow.com<mailto:AAndrade@liskow.com>>; Bartholomew, Trey <tbartholomew@joneswalker.com<mailto:tbartholomew@joneswalker.com>>
Subject: RE: [EXTERNAL] FW: Sensiva/UMI - search terms we would like to remove

[EXTERNAL EMAIL]
Tyler – I have asked my client about the below enumerated records, and expect a response tomorrow.

Tarak Anada | Partner
Jones Walker LLP
D: 504.582.8322
tanada@joneswalker.com<mailto:tanada@joneswalker.com<mailto:tanada@joneswalker.com%3cmailto:tanada@joneswalker.com>>

From: Tyler Trew <TTrew@liskow.com<mailto:TTrew@liskow.com<mailto:TTrew@liskow.com%3cmailto:TTrew@liskow.com>>>
Sent: Tuesday, March 15, 2022 8:57 AM
To: Anada, Tarak <tanada@joneswalker.com<mailto:tanada@joneswalker.com<mailto:tanada@joneswalker.com%3cmailto:tanada@joneswalker.com>>>
Cc: Melanie Derefinko <MDerefinko@liskow.com<mailto:MDerefinko@liskow.com<mailto:MDerefinko@liskow.com%3cmailto:MDerefinko@liskow.com>>>; Alec Andrade <AAndrade@liskow.com<mailto:AAndrade@liskow.com<mailto:AAndrade@liskow.com%3cmailto:AAndrade@liskow.com>>>; Bartholomew, Trey <tbartholomew@joneswalker.com<mailto:tbartholomew@joneswalker.com<mailto:tbartholomew@joneswalker.com%3cmailto:tbartholomew@joneswalker.com>>>
Subject: FW: [EXTERNAL] FW: Sensiva/UMI - search terms we would like to remove

Tarak,

Following up to see if you can give me an update on the various issues addressed below. Some of these requests

date back to November of last year. Also, even including the production made yesterday the latest document produced is Feb. 1. We still don't have any documents from February 2021 – September 2021. Finally, can you send me the cutoff date for when your collection occurred, so we can know what date to use on our end.

Thanks,
Tyler

Tyler D. Trew
Shareholder
Direct 504.556.4164
Fax 504.556.5108
Lawyer Profile


NEW ORLEANS | LAFAYETTE | HOUSTON | BATON ROUGE

701 Poydras Street, Suite 5000 | New Orleans, LA 70139 Liskow.com

Liskow & Lewis, A Professional Law Corporation. This communication is solely for the person to whom it is addressed. It contains legally privileged and confidential information. If you are not the intended recipient, you may not forward, disclose, copy, print, or save the message or its attachments. If you have received this message in error, please notify me immediately, and please delete this message.

-----Original Message-----
From: Tyler Trew
Sent: Friday, March 4, 2022 12:26 PM
To: 'Anada, Tarak'
<tanada@joneswalker.com<mailto:tanada@joneswalker.com<mailto:tanada@joneswalker.com%3cmailto:tanada@joneswalker.com>>>; Bartholomew, Trey
<tbartholomew@joneswalker.com<mailto:tbartholomew@joneswalker.com<mailto:tbartholomew@joneswalker.com%3cmailto:tbartholomew@joneswalker.com>>>
Cc: Alec Andrade
<AAndrade@liskow.com<mailto:AAndrade@liskow.com<mailto:AAndrade@liskow.com%3cmailto:AAndrade@liskow.com>>>; Melanie Derefinko
<MDerefinko@liskow.com<mailto:MDerefinko@liskow.com<mailto:MDerefinko@liskow.com%3cmailto:MDerefinko@liskow.com>>>
Subject: FW: [EXTERNAL] FW: Sensiva/UMI - search terms we would like to remove

Tarak,

Thanks for taking the time to discuss the various discovery issues yesterday. This will serve to confirm you will prepare updated discovery responses to address the issues in the November 8th email, and we will handle a first draft of the stipulation on the Single Business Enterprise claims. You also confirmed during the conference that documents from the missing time periods referenced below would be forthcoming. Additionally, please confirm the date of collection of Sensiva/Cormeum's emails, so we can use that as the cutoff for the email collections for both parties. Also, you indicated you would be providing an update regarding whether there are any proportionality issues with the terms listed in the December 23rd email below now that the dates have been restricted.

Finally, as discussed, there are a number of documents that likely will not be captured in connection with the email word searches. Below is a list of accounting documents that UMI requests be produced by Sensiva and

Cormeum pursuant to UMI's discovery request to the extent they have not been captured and produced with the email search.

For Sensiva Health:
1) 2020 Sales records of LFD’s by Sensiva to any customer.
2) 2021 Sales records of LFD’s by Sensiva to any customer.
3) Sensiva Health Income Tax Return for year 2020
4) Sensiva Health Income Tax Return for year 2021
5) Contracts executed between Sensiva Health and customers for LFD’s for year 2020.
6) Contracts executed between Sensiva Health and customers for LFD’s for year 2021.
7) Sensiva Health 2020 General Ledger
8) Sensiva Health 2021 General Ledger

For Cormeum Lab Services:
1) 2020 Sales records of LFD’s by Cormeum Lab Services to any customer.
2) 2021 Sales records of LFD’s by Cormeum Lab Services to any customer.
3) Cormeum Lab Services Income Tax Return for year 2020
4) Cormeum Lab Services Income Tax Return for year 2021
5) Contracts executed between Cormeum Lab Services and customers for LFD’s for year 2020.
6) Contracts executed between Cormeum Lab Services and customers for LFD’s for year 2021.
7) Cormeum Lab Services 2020 General Ledger
8) Cormeum Lab Services 2021 General Ledger

Regards,
Tyler

Tyler D. Trew
Shareholder
Direct 504.556.4164
Fax 504.556.5108
Lawyer Profile

NEW ORLEANS | LAFAYETTE | HOUSTON | BATON ROUGE

701 Poydras Street, Suite 5000 | New Orleans, LA 70139 Liskow.com

Liskow & Lewis, A Professional Law Corporation. This communication is solely for the person to whom it is addressed. It contains legally privileged and confidential information. If you are not the intended recipient, you may not forward, disclose, copy, print, or save the message or its attachments. If you have received this message in error, please notify me immediately, and please delete this message.

-----Original Message-----
From: Anada, Tarak
<tanada@joneswalker.com<mailto:tanada@joneswalker.com<mailto:tanada@joneswalker.com%3cmailto:tanada@joneswalker.com>>>
Sent: Wednesday, March 2, 2022 5:48 PM
To: Tyler Trew
<TTrew@liskow.com<mailto:TTrew@liskow.com<mailto:TTrew@liskow.com%3cmailto:TTrew@liskow.com>>>
Cc: Melanie Derefinko

<MDerefinko@liskow.com<mailto:MDerefinko@liskow.com<mailto:MDerefinko@liskow.com%3cmailto:MDerefinko@liskow.com>>>; Bartholomew, Trey <tbartholomew@joneswalker.com<mailto:tbartholomew@joneswalker.com<mailto:tbartholomew@joneswalker.com%3cmailto:tbartholomew@joneswalker.com>>>; Alec Andrade <AAndrade@liskow.com<mailto:AAndrade@liskow.com<mailto:AAndrade@liskow.com%3cmailto:AAndrade@liskow.com>>>
Subject: Re: [EXTERNAL] FW: Sensiva/UMI - search terms we would like to remove

[EXTERNAL EMAIL]

I suggest we jump on a call tomorrow to discuss all of these items. That might be most efficient. Do you have any availability during the lunch hour?

Sincerely,

Tarak Anada
Jones Walker LLP
201 Saint Charles Avenue
Suite 4900
New Orleans, Louisiana 70170
P: (504) 582-8322
F: (504) 589-8322
C: (504) 782-8616
tanada@joneswalker.com<mailto:tanada@joneswalker.com<mailto:tanada@joneswalker.com%3cmailto:tanada@joneswalker.com>>
www.joneswalker.com<http://www.joneswalker.com><http://www.joneswalker.com<http://www.joneswalker.com>>

On Mar 2, 2022, at 5:30 PM, Tyler Trew <TTrew@liskow.com<mailto:TTrew@liskow.com<mailto:TTrew@liskow.com%3cmailto:TTrew@liskow.com>>> wrote:

Tarak,

Following up on the various issues listed in the email below from November of last year. Also, please confirm whether the date limitation set forth in the December 23rd email below resolved the proportionality concerns related to the terms listed in the email. As for the stipulation for the Single Business Enterprise claim, do you want us to take a first shot at drafting the stipulation or do you want to handle it? Finally, we still only have five documents that have been produced by Sensiva and Cormeum to date for the period from February 2021 – September 2021. Please advise when you anticipate producing relevant documents from the referenced period. Finally, I think it might be a good idea to jump on a call later this week or early next week to discuss the case if you are available.

UMI will produce its next set of documents on Friday pursuant to the biweekly rolling production agreement we discussed.

Regards,
Tyler

Tyler D. Trew

Shareholder
Direct 504.556.4164
Fax 504.556.5108
Lawyer Profile<https://www.liskow.com/Team/Tyler-Trew<https://www.liskow.com/Team/Tyler-Trew><https://www.liskow.com/Team/Tyler-Trew<https://www.liskow.com/Team/Tyler-Trew>>>

[Liskow & Lewis]<https://www.liskow.com/<https://www.liskow.com/><https://www.liskow.com<https://www.liskow.com>>> NEW ORLEANS | LAFAYETTE | HOUSTON | BATON ROUGE

701 Poydras Street, Suite 5000 | New Orleans, LA 70139
Liskow.com<https://www.liskow.com/<https://www.liskow.com/><https://www.liskow.com/<https://www.liskow.com/>>>

Liskow & Lewis, A Professional Law Corporation. This communication is solely for the person to whom it is addressed. It contains legally privileged and confidential information. If you are not the intended recipient, you may not forward, disclose, copy, print, or save the message or its attachments. If you have received this message in error, please notify me immediately, and please delete this message.

From: Tyler Trew
Sent: Thursday, December 23, 2021 9:10 AM
To: Anada, Tarak <tanada@joneswalker.com<mailto:tanada@joneswalker.com<mailto:tanada@joneswalker.com%3cmailto:tanada@joneswalker.com>>>
Cc: Alec Andrade <AAndrade@liskow.com<mailto:AAndrade@liskow.com<mailto:AAndrade@liskow.com%3cmailto:AAndrade@liskow.com>>>; Bartholomew, Trey <tbartholomew@joneswalker.com<mailto:tbartholomew@joneswalker.com<mailto:tbartholomew@joneswalker.com%3cmailto:tbartholomew@joneswalker.com>>>
Subject: FW: Sensiva/UMI - search terms we would like to remove

Tarak,

Thanks for taking the time to meet yesterday. This will serve to confirm we conducted a discovery conference to discuss the issues raised in my email below that were previously addressed during our November 8, 2021, discovery conference along with other discovery issues. As explained during our discovery conference, UMI's discovery requests were issued on September 7, 2021. To date only 2,793 documents have been produced and of those only 4 emails have been produced for the period from January 1, 2021 – September 26, 2021. Moving forward to expedite Sensiva's review, the date parameters for Sensiva's searches can be limited to September 1, 2020-present. Additionally, as discussed during our discovery conference, in an effort to try to address your proportionality concerns, for the search terms below, the date parameters can be limited to December 1, 2020-April 30, 2021.

* COVID-19: 33,707
* Distribut*: 43,507
* FDA: 23,473
* Inspection: 13,935
* Manufactur*: 26,811
* Package*: 29,752
* Saliva: 23,734

* SARS-COv-2: 17,093
* Specification: 14,651
* VitaPros: 8,160

In connection therewith, please update the search term “inspection” to inspect!. In other words, inspect! should be a truncation search/root expander search. Also please confirm that the search for VitaPros would also hit on “vita-pros”. If not, can you please update the search accordingly.

Also please add the following terms: (1) “Karekin” (2) “Universal”; (3) “Wondfo”; and (4) “Hanson” for the period from September 1, 2020-present. Previously the search terms included “Karekan” and “Universal Meditech”.

I have added to the email below (in bold) the various issues and agreements we came to during our discussion.

Finally, as discussed, your plan is to send over Sensiva’s teach terms prior to the end of the year.

Thanks,
Tyler

Tyler D. Trew
Shareholder
Direct 504.556.4164
Lawyer Profile<https://www.liskow.com/Team/Tyler-Trew<https://www.liskow.com/Team/Tyler-Trew><https://www.liskow.com/Team/Tyler-Trew<https://www.liskow.com/Team/Tyler-Trew>>>

[cid:image004.jpg@01D7D49F.D19D6240]<https://www.liskow.com/<https://www.liskow.com/><https://www.liskow.com/<https://www.liskow.com/>>>
NEW ORLEANS | LAFAYETTE | HOUSTON | BATON ROUGE
701 Poydras Street, Suite 5000 | New Orleans, LA 70139
Liskow.com<https://www.liskow.com/<https://www.liskow.com/><https://www.liskow.com/<https://www.liskow.com/>>>

Liskow & Lewis, A Professional Law Corporation. This communication is solely for the person to whom it is addressed. It contains legally privileged and confidential information. If you are not the intended recipient, you may not forward, disclose, copy, print, or save the message or its attachments. If you have received this message in error, please notify me immediately, and please delete this message.

From: Tyler Trew
Sent: Monday, November 8, 2021 2:12 PM
To: 'Anada, Tarak' <tanada@joneswalker.com<mailto:tanada@joneswalker.com<mailto:tanada@joneswalker.com%3cmailto:tanada@joneswalker.com<mailto:tanada@joneswalker.com%3cmailto:tanada@joneswalker.com%3cmailto:tanada@joneswalker.com%3cmailto:tanada@joneswalker.com>>>>
Cc: Alec Andrade <AAndrade@liskow.com<mailto:AAndrade@liskow.com<mailto:AAndrade@liskow.com%3cmailto:AAndrade@liskow.com<mailto:AAndrade@liskow.com%3cmailto:AAndrade@liskow.com%3cmailto:AAndrade@liskow.com%3cmailto:AAndrade@liskow.com>>>>
Subject: FW: Sensiva/UMI - search terms we would like to remove

Thanks Tarak. I will take a look and get back with you regarding a response.

This will also confirm we discussed the following topics today during our discovery conference.

1. Sensiva/Cormeum has agreed to state whether any documents are being withheld on the basis of objections as required under FRCP 34(B)(2)(C). You plan to update your responses prior to the end of the year.
2. Sensiva/Cormeum intends to produce documents responsive to RFPs 18 and 39 related to Steuart Contract Packaging to the extent they are not privileged. Confirmed.
3. Sensiva/Cormeum has objected to producing documents regarding UMI's Single Business Enterprise claims including RFPs 32 and 41-72 on relevance grounds on the basis that it has offered to enter into a stipulation as relates to the SBE claim to the extent the parties can agree on the language of the stipulation. We will address this issue at a later date.
4. You will further discuss with your clients whether they will agree to produce for inspection as requested in RFP 33 samples of each type of LFD Sensiva/Cormeum sold whether manufactured by UMI, a third party manufacturer, or Sensiva along with any pictures of the LFDs. The parties will come to an agreement for inspection of the LFDs at a mutually agreeable place, date, time, and inspection protocol.
5. We did not get a chance to discuss RFP 23 to Sensiva and Cormeum and RFPs 79 and 80 to Sensiva but UMI maintains these requests are relevant. Please let me know if Sensiva intends to maintain its objections. We can also further discuss these to the extent you have any questions. You will determine if any relevant insurance policies exist and provide an update regarding same. You will discuss RFPs 79 and 80 with Ben Williamson in connection with whether Sensiva/Cormeum intends to withhold documents.
6. Sensiva/Cormeum intends to produce documents on a rolling basis with documents going out once a week on Fridays.

Thanks,
Tyler

Tyler D. Trew
Shareholder
Direct 504.556.4164
Lawyer Profile<https://www.liskow.com/Team/Tyler-Trew<https://www.liskow.com/Team/Tyler-Trew><https://www.liskow.com/Team/Tyler-Trew<https://www.liskow.com/Team/Tyler-Trew>>>


[cid:image004.jpg@01D7D49F.D19D6240]<https://www.liskow.com/<https://www.liskow.com/><https://www.liskow.com/<https://www.liskow.com/>>>
NEW ORLEANS | LAFAYETTE | HOUSTON | BATON ROUGE
701 Poydras Street, Suite 5000 | New Orleans, LA 70139
Liskow.com<https://www.liskow.com/<https://www.liskow.com/><https://www.liskow.com/<https://www.liskow.com/>>>

Liskow & Lewis, A Professional Law Corporation. This communication is solely for the person to whom it is addressed. It contains legally privileged and confidential information. If you are not the intended recipient, you may not forward, disclose, copy, print, or save the message or its attachments. If you have received this message in error, please notify me immediately, and please delete this message.


From: Anada, Tarak
<tanada@joneswalker.com<mailto:tanada@joneswalker.com<mailto:tanada@joneswalker.com%3cmailto:tana

da@joneswalker.com<mailto:tanada@joneswalker.com%3cmailto:tanada@joneswalker.com%3cmailto:tanada@joneswalker.com%3cmailto:tanada@joneswalker.com>>>>
Sent: Monday, November 8, 2021 12:16 PM
To: Tyler Trew
<TTrew@liskow.com<mailto:TTrew@liskow.com<mailto:TTrew@liskow.com%3cmailto:TTrew@liskow.com<mailto:TTrew@liskow.com%3cmailto:TTrew@liskow.com%3cmailto:TTrew@liskow.com%3cmailto:TTrew@liskow.com>>>>; Alec Andrade
<AAndrade@liskow.com<mailto:AAndrade@liskow.com<mailto:AAndrade@liskow.com%3cmailto:AAndrade@liskow.com<mailto:AAndrade@liskow.com%3cmailto:AAndrade@liskow.com%3cmailto:AAndrade@liskow.com%3cmailto:AAndrade@liskow.com>>>>
Subject: Sensiva/UMI - search terms we would like to remove

[EXTERNAL EMAIL]
Tyler – as we discussed, the following search terms have resulted in far too many irrelevant hits and need to be removed for proportionality purposes:

* COVID-19: 33,707
* Distribut*: 43,507
* FDA: 23,473
* Inspection: 13,935
* Manufactur*: 26,811
* Package*: 29,752
* Saliva: 23,734
* SARS-COv-2: 17,093
* Specification: 14,651
* VitaPros: 8,160

We would like to remove documents that hit on just these terms from the platform. Obviously documents that hit on these terms plus additional relevant terms (i.e., UMI or Karekin, etc) will be produced.

Tarak Anada
Partner
D: 504.582.8322
tanada@joneswalker.com<mailto:tanada@joneswalker.com<mailto:tanada@joneswalker.com%3cmailto:tanada@joneswalker.com<mailto:tanada@joneswalker.com%3cmailto:tanada@joneswalker.com%3cmailto:tanada@joneswalker.com%3cmailto:tanada@joneswalker.com>>>

[cid:image001.png@01D7D49A.6B837B70]<http://www.joneswalker.com/professionals/tarak-anada.html<http://www.joneswalker.com/professionals/tarak-anada.html><http://www.joneswalker.com/professionals/tarak-anada.html<http://www.joneswalker.com/professionals/tarak-anada.html>>>[cid:image002.png@01D7D49A.6B837B70]<http://www.joneswalker.com/professionals/tarak-anada/vcard.vcf<http://www.joneswalker.com/professionals/tarak-anada/vcard.vcf><http://www.joneswalker.com/professionals/tarak-anada/vcard.vcf<http://www.joneswalker.com/professionals/tarak-anada/vcard.vcf>>>

[cid:image003.png@01D7D49A.6B837B70]

Jones Walker LLP

201 St. Charles Ave, Ste 5100
New Orleans, LA 70170
joneswalker.com<https://www.joneswalker.com/en/<https://www.joneswalker.com/en><https://www.joneswalker.com/en<https://www.joneswalker.com/en>>>