EXHIBIT C

**O'Brien, Michael**

**From:** Mastio, Lauren
**Sent:** Wednesday, May 11, 2022 11:12 AM
**To:** Tyler Trew
**Cc:** Anada, Tarak; Melanie Derefinko
**Subject:** RE: [External Email] [EXTERNAL] New document: Sensiva Health, LLC v. Universal Meditech, Inc. et al (Doc# 77, E.D. La. 2:21-cv-00598-GGG-MBN)

Hi Tyler,

Just following up on this again.

Thanks,

Lauren

**Lauren Courtney Mastio** | Partner
Jones Walker LLP
D: 504.582.8518 | M: 615.498.9745
lmastio@joneswalker.com

---

**From:** Tyler Trew <TTrew@liskow.com>
**Sent:** Monday, May 9, 2022 6:22 PM
**To:** Mastio, Lauren <lmastio@joneswalker.com>
**Cc:** Anada, Tarak <tanada@joneswalker.com>; Melanie Derefinko <MDerefinko@liskow.com>
**Subject:** RE: [External Email] [EXTERNAL] New document: Sensiva Health, LLC v. Universal Meditech, Inc. et al (Doc# 77, E.D. La. 2:21-cv-00598-GGG-MBN)

Lauren,

I hope to get back to you with an answer tomorrow.

Tyler D. Trew
Shareholder
Direct 504.556.4164
Fax 504.556.5108
**Lawyer Profile**

LISKOW&LEWIS

NEW ORLEANS | LAFAYETTE | HOUSTON | BATON ROUGE

701 Poydras Street, Suite 5000 | New Orleans, LA 70139
**Liskow.com**

**Liskow & Lewis, A Professional Law Corporation.** This communication is solely for the person to whom it is addressed. It contains legally privileged and confidential information. If you are not the intended recipient, you may not forward, disclose, copy, print, or save the message or its attachments. If you have received this message in error, please notify me immediately, and please delete this message.

**From:** Mastio, Lauren <lmastio@joneswalker.com>
**Sent:** Monday, May 9, 2022 3:16 PM
**To:** Tyler Trew <TTrew@liskow.com>
**Cc:** Anada, Tarak <tanada@joneswalker.com>; Melanie Derefinko <MDerefinko@liskow.com>
**Subject:** FW: [External Email] [EXTERNAL] New document: Sensiva Health, LLC v. Universal Meditech, Inc. et al (Doc# 77, E.D. La. 2:21-cv-00598-GGG-MBN)

**[EXTERNAL EMAIL]**

Hi Tyler,

I am glad to see that our extension has been formally granted. In the meantime, I wanted to see if you had an opportunity to confer with your client regarding available dates this month for the inspection. As you know, we are dealing with several schedules and we will all need to book flights so want to get the logistics in place as soon as possible.

Many thanks,

Lauren

**Lauren Courtney Mastio** | Partner
Jones Walker LLP
D: 504.582.8518 | M: 615.498.9745
lmastio@joneswalker.com

**From:** ECFdocuments@pacerpro.com <ECFdocuments@pacerpro.com>
**Sent:** Monday, May 9, 2022 3:04 PM
**To:** Jones, Emily <ejones@joneswalker.com>; Mastio, Lauren <lmastio@joneswalker.com>; Marr, Linda <lmarr@joneswalker.com>
**Subject:** [EXTERNAL] New document: Sensiva Health, LLC v. Universal Meditech, Inc. et al (Doc# 77, E.D. La. 2:21-cv-00598-GGG-MBN)

## Sensiva Health, LLC v. Universal Meditech, Inc. et al

**Docket entry number: 77**

ORDER granting [75] Motion to Extend Expert Report and Disclosure Deadlines. IT IS FURTHER ORDERED that Plaintiff's and Defendant's expert report and disclosure deadlines be extended to June 6, 2022 and June 27, 2022, respectively. IT IS FURTHER ORDERED that a response deadline for Counter-Defendants to respond to Defendant's and Counter-Plaintiff's expert reports be set for July 18, 2022. Signed by Judge Greg Gerard Guidry on 5/9/2022. (mm) (Entered: 05/09/2022)

*Date entered: 2022-05-09*

VIEW CASE

https://app.pacerpro.com/cases/15793787

Sent from PacerPro, the fastest and most insightful way to access federal court records.
Questions? support@pacerpro.com