EXHIBIT D

**O'Brien, Michael**

**From:** Mastio, Lauren
**Sent:** Monday, May 16, 2022 1:47 PM
**To:** Tyler Trew
**Cc:** Anada, Tarak
**Subject:** Sensiva v. UMI - Inspection Date

Tyler,

Have you received confirmation for May 31? I note that the flights are quite costly and just want to make sure there will be no cancellations or changes once we decide on a date and book.

Thanks,

Lauren

Sent from my iPhone