EXHIBIT E

**O'Brien, Michael**

**From:** Mastio, Lauren
**Sent:** Monday, May 23, 2022 11:27 AM
**To:** Tyler Trew
**Cc:** Melanie Derefinko; Anada, Tarak; O'Brien, Michael
**Subject:** RE: Motion for Extension re Fact & Expert deadlines(5409625.1).docx
**Attachments:** LCM Comments to Motion for Extension re Fact Expert deadlines(5409625.1).docx

Thanks, Tyler and Melanie. The attached contains proposed revisions reflected in redline. Notably, the draft made no mention of the reason that we need to seek the extension, which is the issue with the inspection that is required prior to our expert report deadline, so I added a paragraph explaining that issue in the most neutral/softest way possible. Also, do you realistically think that the inspection issue will be resolved such that the inspection can occur well in advance of the June 20 deadline? If so, I am okay with that date but just want to make sure.

Do you all also plan on seeking expedited consideration of the motion in light of the fast approaching deadlines?

Also, I understand that we are not proceeding with the inspection previously tentatively scheduled for May 31. When we spoke briefly late last week, I understand that your client now objects to any inspection taking place based on confidentiality concerns (even though there is a protective order in place). Can you please provide me with your client's most recent formal position regarding the inspections? It seems like we need to get that resolved in the most expeditious manner possible, whether that be through a request for a conference with Magistrate Judge North or a motion to compel. I realize that this is something that is out of your hands so if you think one route may be more productive than another, I am receptive to any recommendations you may have regarding the best way to address this (particularly in light of the timing/deadline issues).

I am in depositions today and tomorrow so email is likely the best way to communicate, but could be available for a late call if needed.

Many thanks,

Lauren

**Lauren Courtney Mastio** | Partner
Jones Walker LLP
D: 504.582.8518 | M: 615.498.9745
lmastio@joneswalker.com

---

**From:** Tyler Trew <TTrew@liskow.com>
**Sent:** Monday, May 23, 2022 8:18 AM
**To:** Mastio, Lauren <lmastio@joneswalker.com>
**Cc:** Melanie Derefinko <MDerefinko@liskow.com>
**Subject:** [EXTERNAL] RE: Motion for Extension re Fact & Expert deadlines(5409625.1).docx

Lauren,

Circling back on this. Let us know if you have any changes and we will get it on file.

Thanks,
Tyler

**Tyler D. Trew**
Shareholder
Direct 504.556.4164
Fax 504.556.5108
**Lawyer Profile**

LISKOW&LEWIS
NEW ORLEANS | LAFAYETTE | HOUSTON | BATON ROUGE

701 Poydras Street, Suite 5000 | New Orleans, LA 70139
**Liskow.com**

**Liskow & Lewis, A Professional Law Corporation.** This communication is solely for the person to whom it is addressed. It contains legally privileged and confidential information. If you are not the intended recipient, you may not forward, disclose, copy, print, or save the message or its attachments. If you have received this message in error, please notify me immediately, and please delete this message.

---

**From:** Melanie Derefinko <MDerefinko@liskow.com>
**Sent:** Friday, May 20, 2022 11:07 AM
**To:** Mastio, Lauren <lmastio@joneswalker.com>
**Cc:** Tyler Trew <TTrew@liskow.com>
**Subject:** Motion for Extension re Fact & Expert deadlines(5409625.1).docx

Lauren,
Attached is a draft joint motion for extension of the fact discovery deadline and the deadlines for expert reports. Because the extension of these deadlines will affect all other deadlines, we have also included a request that the parties participate in a discovery conference to obtain new deadlines for pretrial motions. If you see any issue with the proposed dates for discovery cutoff and expert reports, please revise as you see fit.

Best,

**Melanie N. Derefinko**
Associate
Direct 504.556.4054
Fax 504.556.5108

LISKOW&LEWIS
NEW ORLEANS | LAFAYETTE | HOUSTON | BATON ROUGE

701 Poydras Street, Suite 5000 | New Orleans, LA 70139
**Liskow.com**

**Liskow & Lewis, A Professional Law Corporation.** This communication is solely for the person to whom it is addressed. It contains legally privileged and confidential information. If you are not the intended recipient, you may not forward, disclose, copy, print, or save the message or its attachments. If you have received this message in error, please notify me immediately, and please delete this message.