**EXHIBIT F**

## O'Brien, Michael

**From:** Mastio, Lauren
**Sent:** Friday, May 27, 2022 3:17 PM
**To:** Tyler Trew
**Cc:** Melanie Derefinko; Anada, Tarak
**Subject:** Re: [EXTERNAL] Sensiva v. UMI; pending discovery

Thanks, Tyler. And, to be clear, while we agree with respect to written discovery, we continue to be adamant that we need to proceed with the inspection as soon as possible. As such, we will likely proceed to get a motion on file in the near future to preserve our rights in that regard.

Sent from my iPhone

On May 27, 2022, at 2:52 PM, Tyler Trew <TTrew@liskow.com> wrote:

Lauren,

As discussed on the phone, UMI will be moving to substitute counsel. Pending the substitution, both parties have agreed to indefinitely extend the deadlines to respond to the pending discovery (UMI's Second Set of Discovery Requests to Sensiva and Cormeum and Sensiva's Second Set of Discovery Requests to UMI). Once new counsel has enrolled, the parties will plan to confer and agree upon new deadlines.

Regards,
Tyler

Tyler D. Trew
Shareholder
Direct 504.556.4164
Fax 504.556.5108
**Lawyer Profile**

LISKOW&LEWIS
NEW ORLEANS | LAFAYETTE | HOUSTON | BATON ROUGE

701 Poydras Street, Suite 5000 | New Orleans, LA 70139
**Liskow.com**

**Liskow & Lewis, A Professional Law Corporation.** This communication is solely for the person to whom it is addressed. It contains legally privileged and confidential information. If you are not the intended recipient, you may not forward, disclose, copy, print, or save the message or its attachments. If you have received this message in error, please notify me immediately, and please delete this message.