**Universal Meditech Inc.**
In Vitro Medical Diagnostic Devices Manufacture and Assembly

# COMMERCIAL INVOICE

| INVOICE No. | I2001201502 |
|---|---|
| | DEVELOPMENT |

**DATE: 12/24/2020**

| BILL TO: |
|---|
| **Cormeum Lab Services**<br>**Jake Kurdys**<br>4520 Wichers Dr.<br>Marrero, LA 70072<br>USA<br>Tel: 504-2364030 |

| MANUFACTURER/EXPORTER : |
|---|
| **Universal Meditech Inc.**<br>1320 E Fortune Ave, Suite 102<br>Fresno, CA 93725<br>USA<br>Tel: +1(559)366-7798 |

| ITEM | QUANTITY | CATALOG # | UNIT | DESCRIPTION | UNIT PRICE (USD) | TOTAL VALUE (USD) |
|---|---|---|---|---|---|---|
| 1 | 50,000 | | Tests | DEVELOPMENT FEE | $4.000 | $200,000.00 |
| | | | | | | |
| **Total VALUE in USD Dollars (FOB Fresno):** | | | | | | **$200,000.00** |
| **Amount Paid on 12/15/2020** | | | | | | **$100,000.00** |
| **Amount Paid on 12/24/2020** | | | | | | **$100,000.00** |
| **Remaining Balance (Due before Shipping):** | | | | | | **$0.00** |

**Total value in US Dollars:** $200,000.00

**Shipping Method:** UPS

**Status of Remittance:** paid

**Country of Origin:** USA

**Country of Destination:** USA

**Storage Conditions and Temperature:** 36-86 degree

**FDA Registration Number:** 3011908678

**FDA Owner Operator Number:** 10051519

**EXHIBIT A**