**From:** Karekin Khatchadoorian <sales@universal-meditech.com>
**Sent:** Sunday, January 3, 2021 9:26 PM
**To:** Tarun Jolly
**Cc:** Ben Williamson
**Subject:** Re: Production Schedule
**Attachments:** UL Cassette with CT and Diluent Dropper.JPG; Strip Production Shedule.pdf

Hi TJ, Hi Ben,

For the schedule of the strips, that is a set new schedule I can sign off for you and choose a strip to start.

For the cassette, we will agree on two aspects. 1. the 150,000 tests to be remodified (remove this headache) and a $1 fee per test. 2. The 50K/daily tests which will be the printing of the CT and replacement diluent droppers (which will not be difficult).

**The 150k remodifications will be added to the 50k daily schedule by tomorrow.**

Ben, I have requested the CAD files for the molding.

I have attached the pictures below on how it will look for the print cassette CT and the diluent.

The strip schedule will stay the same. Once you guys approve which strip we will start production.

Thank you.

On Sun, Jan 3, 2021 at 2:33 PM Tarun Jolly <tjolly@sensivahealth.com> wrote:

> Karekin,
>
> Please see the two different documents you sent and a consolidation done by Ben (also copied here). Can you please verify everything and let us know the full production schedule? We will need to share with our investors (and execute the agreement Ben already shared with you) before sending any further wires. As stated, we are ready to go on this immediately once the details are verified.
>
> Thank you,
>
> TJ
>
> ---
>
> **From:** Ben Williamson <bwilliamson@SensivaHealth.com>
> **Sent:** Sunday, January 3, 2021 4:12:12 PM
> **To:** Tarun Jolly <tjolly@SensivaHealth.com>
> **Subject:** Production Schedule

EXHIBIT B

EXHIBIT A

TJ,

I want to confirm the production schedule on the LFD's and strips. I have two documents below that have potential conflicting information.

Please see the attached workbook I put together to visualize the first document universal sent and the schedule they outlined for us.

Thank you,

Ben

--

Universal-Meditech
Karekin Khatchadoorian
1320 E Fortune Ave #102
Office (559)366-7798
Direct (559)835-5777


C
T

# Payment Plan for 700k Development Agreement Clinical Trial Usage Only Antigen Strips

Starting 1/8/2021, 100k antigen strips will be shipped out every two/three days until fulfilled the 700k order.

Price: $1.50/antigen strips

The rest of the wown payment $175,000 of $350,000 will be made on 1/4/2021. $100,000 payment will be expeced before each shipment.

Tentative Shipment date: **1/8/2021, 1/11/2021, 1/13/2021, 1/15/2021, 1/18/2021, 1/20/2021, 1/22/2021.**

| Date | Down Payment Due | The Rest Payment Due | Total Payment |
|---|---|---|---|
| 2020-12-25 | $175,000.00 | | $175,000.00 |
| 2021-01-04 | $175,000.00 | | $175,000.00 |
| 2021-01-08 | | $100,000.00 | $100,000.00 |
| 2021-01-11 | | $100,000.00 | $100,000.00 |
| 2021-01-13 | | $100,000.00 | $100,000.00 |
| 2021-01-15 | | $100,000.00 | $100,000.00 |
| 2021-01-18 | | $100,000.00 | $100,000.00 |
| 2021-01-20 | | $100,000.00 | $100,000.00 |
| 2021-01-22 | | $100,000.00 | $100,000.00 |
| Total | $350,000.00 | $700,000.00 | $1,050,000.00 |