sensiva

**Sensiva Health**
935 GRAVIER ST. STE 2020
NEW ORLEANS, LA USA

# PURCHASE ORDER

**Universal Meditech Inc**
1320 E Fortune Ave
Suite 102
Fresno, CA 93725 USA

**PO#** PO-0128
**Order Date** 01/28/21
**Delivery Date** 02/01/21

| Item Description | Qty | Rate | Amount |
|---|---|---|---|
| LFD - See Specifications Below | 700,000 | $3.00 | $2,100,000.00 |
| | | Sub Total | $2,100,000.00 |
| | | TOTAL DUE | $2,100,000.00* |

**Specifications**

1. COMPLETED LATERAL FLOW DEVICES
2. UPDATED CARTRIDGE WITH CT LINES CLEARLY MARKED
3. PROPRER CHROMATOGRAPHY PAPER (NO CONTROL LINE DROP OUTS)
4. BULK SHIPPED & VACUUM SEALED WITH DESICCANT IN BAG
5. BUFFER SOLUTION IN BULK
6. PROVIDE POSITIVE CONTROLS SUFFICIENT TO TEST 25 LFD'S PER 5,000 TESTS

**PAYMENT SCHEDULE**

| DATE | DEPOSIT / BALANCE | AMOUNT | UNITS AVAILABLE FOR SHIPPING |
|---|---|---|---|
| 02/04/21 | Deposit | $225,000 | - |
| 02/08/21 | Deposit | $300,000 | - |
| 02/11/21 | Deposit | $225,000 | - |
| 02/15/21 | Deposit | $300,000 | - |
| 02/18/21 | Balance | $225,000 | 150,000 |
| 02/22/21 | Balance | $300,000 | 200,000 |
| 02/25/21 | Balance | $225,000 | 150,000 |
| 03/01/21 | Balance | $300,000 | 200,000 |

**TERMS:** BALANCE PAID UPON INSPECTION BY SENSIVA FOB CA (UNIVERSAL MEDITECH)

**SHIPPING:** SHIP TO ADDRESS BELOW ONCE CLEARED BY SENSIVA.

**SHIP TO:**
STEUART CONTRACT PACKAGING
10601 ST. HWY 56
LE ROY, MN 55951

EXHIBIT C

EXHIBIT B

EXHIBIT A