sensiva

EXHIBIT D

March 04, 2021

Universal Meditech Inc.
1320 East Fortune Ave., Suite 102
Fresno, CA 93725

Attention: Karekin Khatchadoorian

RE: Purchase Order No. PO-0128

Mr. Khatchadoorian:

Reference is made to that certain Purchase Order No. PO-0128, dated January 28, 2021 (the "Purchase Order"), executed on behalf of Sensiva Health LLC ("Sensiva") and Universal Meditech Inc. ("UMI" and together with Sensiva, the "Parties").

The Parties acknowledge and agree that (i) $525,000 of the aggregate deposits referenced in the Purchase Order have been furnished by Sensiva to UMI prior to the date hereof, (ii) that an additional $525,000 of deposits due from Sensiva remain, (iii) at least 250,000 of the 700,000 LFD units (as specified more fully in the Purchase Order) have been produced by UMI and are available for shipment to Sensiva, and (iv) in light of certain interim and temporary unforeseen commercial circumstances, the "Payment Schedule" reflected in the Purchase Order is hereby amended and restated by the Parties as follows:

| Deposit/Balance | Amount | Units Available for Shipping | Payment Due |
|---|---|---|---|
| **Deposit** | $525,000 | ------ | Paid |
| **First Payment** | $700,000 | 350,000 | 3 Business Days From Availability of Units but prior to shipping of the Units[1] |
| **Remaining Balance Due** | $875,000 | 350,000 | 3 Business Days From Availability of Units but prior to shipping of the Units[2] |

**TOTAL AMOUNT TO BE PAID: $2,100,000**

The Parties acknowledge and agree that, except as expressly specified in this letter agreement, nothing in this letter agreement shall be, nor shall be deemed, a modification or waiver by either Party of any of the terms, condition, obligations or understandings set forth in any agreement or other written instrument between them, all of which shall remain in full force and effect. Except as expressly specified in this letter agreement, in the event of any conflict or inconsistency between the terms and conditions of

1 Subject to clearance of Sensiva Quality Control ("QC") inspection that shall be performed at UMI's facility.

2 See FN. 1 above.



EXHIBIT C

EXHIBIT B

Case 2:21-cv-00598-GGG-MBN Document 1-4 Filed 03/26/21 Page 2 of 2

this letter agreement and any terms or conditions set forth in any such agreement or other written instrument, the terms and conditions set forth in such agreement or other written instrument shall, in all cases, control.Please execute in the space provided below to confirm your agreement to the foregoing and return a copy to the undersigned.

Very truly yours,

SENSIVA HEALTH LLC

By: [signature]
Name: Ben Williamson
Title: Chief Operating Officer

ACCEPTED and AGREED to this 04 day of March, 2021:

Universal Meditech Inc.

By: [signature]
Name: Karekin Khatchadoorian
Title: GM