**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **SENSIVA HEALTH, LLC**<br><br>**VERSUS**<br><br>**UNIVERSAL MEDITECH, INC. and KAREKIN KHATCHADOORIAN** | **CIVIL ACTION NO. 21-00598**<br><br>**JUDGE GREG GERARD GUIDRY**<br><br>**MAGISTRATE JUDGE MICHAEL NORTH**<br><br>**JURY TRIAL DEMANDED** |

**MOTION TO COMPEL**
**RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS**

Plaintiff Sensiva Health, LLC respectfully moves the Court for an order compelling Defendant Universal Meditech, Inc. to answer interrogatories and produce documents in response to Sensiva's Third Set of Interrogatories and Requests for Production of Documents—which Sensiva issued on June 16, 2022, and to which UMI has never objected or responded.

WHEREFORE, for the reasons set forth in the accompanying memorandum, Plaintiff Sensiva Health, LLC respectfully requests that the Court grant its Motion and order UMI to promptly, and without any objection unrelated to privilege, answer the interrogatories and make complete document productions in response to Sensiva's Third Set of Interrogatories and Requests for Production of Documents.

Respectfully Submitted:

*/s/ Lauren C. Mastio*
TARAK ANADA (#31598)
LAUREN C. MASTIO (La. Bar #33077)
MICHAEL J. O'BRIEN (La. Bar #38852)
TREY K. BARTHOLOMEW (#39114)

JONES WALKER LLP
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
and
445 North Blvd., Ste. 800
Baton Rouge, LA 70802
Telephone: (504) 582-8322
Facsimile: (504) 589-8322
E-Mail: tanada@joneswaker.com
lmastio@joneswalker.com
mobrien@joneswalker.com
tbartholomew@joneswalker.com

*Attorneys for Sensiva Health, LLC, Cormeum Lab Services, LLC, and Tarun Jolly, M.D.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 30, 2022, the foregoing was filed electronically using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Lauren C. Mastio*