**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **SENSIVA HEALTH, LLC**<br><br>**VERSUS**<br><br>**UNIVERSAL MEDITECH, INC. and KAREKIN KHATCHADOORIAN** | **CIVIL ACTION NO. 21-00598**<br><br>**JUDGE GREG GERARD GUIDRY**<br><br>**MAGISTRATE JUDGE MICHAEL NORTH**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S MOTION FOR CONTEMPT DUE TO DEFENDANT'S VIOLATION OF THE COURT'S DISCOVERY ORDER**

Plaintiff Sensiva Health, LLC ("Sensiva") made numerous efforts to try and work with Defendant Universal Meditech, Inc. ("UMI") to obtain responses to Sensiva's Third Set of Written Discovery Requests, but has been unsuccessful. Sensiva thus had to enlist the Court's assistance. The Court ordered UMI to provide responses in full (R. Doc. 137), but as discussed in the attached memorandum, UMI has now blatantly violated the Court's Order. Sensiva therefore respectfully moves the Court to hold UMI in contempt and order it to pay Sensiva's reasonable attorney's fees, and/or order that adverse inferences may be drawn in Sensiva's favor at trial regarding the issues that are the subject of Sensiva's Third Set of Written Discovery Requests.

Respectfully Submitted:

*/s/ Tarak Anada*

TARAK ANADA (#31598)
LAUREN C. MASTIO (La. Bar #33077)
MICHAEL J. O'BRIEN (La. Bar #38852)
TREY K. BARTHOLOMEW (#39114)
JONES WALKER LLP
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8322
Facsimile: (504) 589-8322
E-Mail: tanada@joneswaker.com
lmastio@joneswalker.com
mobrien@joneswalker.com
tbartholomew@joneswalker.com

*Attorneys for Sensiva Health, LLC, Cormeum Lab Services, LLC, and Tarun Jolly, M.D.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been forwarded to opposing counsel of record by e-filing in the Court's CM/ECF system, this 30th day of August, 2022.

*/s/Tarak Anada*



#100633301v1