UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SENSIVA HEALTH, LLC | CIVIL ACTION NO. 21-00598 |
| VERSUS | JUDGE GREG GERARD GUIDRY |
| UNIVERSAL MEDITECH, INC., and KAREKIN KHATCHADOORIAN | MAGISTRATE JUDGE MICHAEL NORTH |

**UMI'S RESPONSES TO THIRD SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS**

Defendant, Universal Meditech, Inc. ("UMI"), responds to the following Third Set of Interrogatories and Request for Production of Documents. UMI reserves its right to supplement and/or otherwise amend these responses and this production as discovery continues.

RESPONSE TO INTERROGATORIES

INTERROGATORY NO. 20:

Please describe in detail the antibody pair for the LFDs sent to or otherwise intended for Cormeum and/or Sensiva, including, but not limited to, where it came from, where it was tested, and any changes to the antibody pair over time (i.e., the evolution of the antibody pair).

ANSWER TO INTERROGATORY NO. 20:

Sensiva possess this information UMI responds further that it is working to provide the specific antibody pair for the LFDs made pursuant to the purchase order with Sensiva. The antibody pair that was used has not changed over time.

INTERROGATORY NO. 21:

UMI has recently represented that it "is currently in the process of moving its operations to a different location (R. Doc. 91)." Please state with specificity the following:

(1) For the time frame of November 2020 through March 2021, identify every item of manufacturing equipment that UMI had inside its 1320 E. Fortune Ave. facility by name/description and manufacturer.

Exhibit A

(2) Identify the date that each item of manufacturing equipment that UMI had inside its 1320 E. Fortune Ave. facility was moved from that facility to a different location.

(3) Identify every person and/or company who was involved in moving equipment out of UMI's 1320 E. Fortune Ave. facility between March of 2021 to the present date. Provide all known contact information for them.

ANSWER TO INTERROGATORY NO. 21:

Sensiva inspected the facility and was given access to the manufacturing equipment that UMI has inside its 1320 E. Fortune Ave. facility. None of the manufacturing equipment that UMI had inside its 1320 E. Fortune Ave. facility was moved from that facility to a different location. Based on Sensiva's breach of the purchase order, some of the specially-built rooms and offices were dismantled after April 2021 and machinery used by UMI was moved to different locations inside the facility.

## RESPONSE TO REQUESTS FOR PRODUCTION OF DOCUMENTS

REQUEST FOR PRODUCTION NO. 57:

Produce all QA/QC logs date stamped in connection with each batch of LFDs sent to or otherwise intended for Cormeum and/or Sensiva.

RESPONSE TO REQUEST NO. 57:

All non-privileged responsive documents have been and are being produced on a rolling basis as UMI's document review continues and as the parties agreed to at the outset of discovery in this matter.

REQUEST FOR PRODUCTION NO. 58:

Produce all documentation relating to any independent testing performed on the batches of LFDs sent to or otherwise intended for Cormeum and/or Sensiva.

RESPONSE TO REQUEST NO. 58:

All non-privileged responsive documents have been and are being produced on a rolling basis as UMI's document review continues and as the parties agreed to at the outset of discovery in this matter.

REQUEST FOR PRODUCTION NO. 59:

Produce all documentation relating to any testing used to create the antibody pair for the LFDs sent to or otherwise intended for Cormeum and/or Sensiva, including, but not limited to, where it came from and where was it tested.

RESPONSE TO REQUEST NO. 59:

All non-privileged responsive documents have been and are being produced on a rolling basis as UMI's document review continues and as the parties agreed to at the outset of discovery in this matter.

REQUEST FOR PRODUCTION NO. 60:

Produce all documentation relating to the testing and accuracy of the antibody pair for the LFDs sent to or otherwise intended for Cormeum and/or Sensiva.

RESPONSE TO REQUEST NO. 60:

All non-privileged responsive documents have been and are being produced on a rolling basis as UMI's document review continues and as the parties agreed to at the outset of discovery in this matter.

REQUEST FOR PRODUCTION NO. 61:

Produce all documentation relating to UMI's quality control system, measures, policies and procedures, including but not limited to, testing procedures, recall plan(s), etc.

RESPONSE TO REQUEST NO. 61:

No responsive documents exist.

REQUEST FOR PRODUCTION NO. 62:

Produce all documents (including but not limited to invoices and correspondence) relating to the modification or dismantling of UMI's 1320 E. Fortune Ave. facility or the removal of any equipment therefrom, including, but not limited to documents relating to the decision to alter the

facility and the reason therefor, the equipment removed, the persons or companies involved in the modifications to the facility or removal of equipment, and the disposition of the equipment (i.e. where it went).

RESPONSE TO REQUEST NO. 62:

All non-privileged responsive documents have been and are being produced on a rolling basis as UMI's document review continues and as the parties agreed to at the outset of discovery in this matter.

REQUEST FOR PRODUCTION NO. 63:

Produce all documents provided to and/or relied upon by your experts retained in this Litigation.

RESPONSE TO REQUEST NO. 63:

Defendant is still in the process of retention and working with experts. Currently, no such documents exist.

REQUEST FOR PRODUCTION NO. 64:

Produce the entire file (excluding materials covered by the attorney-client privilege) of all of your experts retained in this litigation.

RESPONSE TO REQUEST NO. 64:

Defendant is still in the process of retention and working with experts. Currently, no such documents exist.

Respectfully submitted,

*/s/ Raymond C. Lewis*

Robert E. Kerrigan, Jr. (#07350)
rek@deutschkerrigan.com
Raymond C. Lewis (#31236)
rlewis@deutschkerrigan.com
Devin J. Barnett (#33001)
dbarnett@deutschkerrigan.com
**Deutsch Kerrigan, L.L.P.**
755 Magazine Street

Certificate of Service

I certify this pleading has been served by e-mail, by telefacsimile, or by placing a copy of same in the United States mail, postage prepaid and properly addressed, this 29th day of August 2022.

*/s/ Raymond C. Lewis*

________________________________
Raymond C. Lewis

New Orleans, LA 70130
Telephone: 504-593-0697
Facsimile: 504-566-4077

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SENSIVA HEALTH, LLC | CIVIL ACTION NO. 21-00598 |
| VERSUS | JUDGE GREG GERARD GUIDRY |
| UNIVERSAL MEDITECH, INC., and KAREKIN KHATCHADOORIAN | MAGISTRATE JUDGE MICHAEL NORTH |

VERIFICATION

1. I, Karekin Khatchadoorian, am currently employed by Universal Meditech, Inc. ("UMI"), as the general manager.

2. I am acting in my capacity as an agent for UMI in providing the verification to UMI's Responses to Sensiva Health, LLC's ("Sensiva") Third Set of Interrogatories, which were prepared with the advice and assistance of counsel, on which I relied.

3. I have read UMI's Responses to Sensiva's Third Set of Interrogatories and know the contents thereof.

4. The answers are limited to records and information still in existence, presently recollected, and thus far discovered. Consequently, I reserve the right (on behalf of UMI) to make any changes in the answers if it appears that errors have been made or more accurate information is available.

5. Subject to the limitations set forth, the information contained in UMI's Responses to Sensiva's Third Set of Interrogatories is true and correct to the best of my knowledge, information, and belief, formed after a reasonable inquiry.

Date:___________ ___________________________________

UNIVERSAL MEDITECH INC.

# Certificate of Analysis

| | | | |
|---|---|---|---|
| **Product Name** | Sensiva React Antigen Test | **Catalog No.** | 550-10 |
| **Lot No.** | COV-UL-AG-2102-03-Q | **Expiry Date** | 2023-02-15 |
| **Store** | 2-30°C | **Quantity** | 150,000 |
| **Appearance** | UL Cassette, Single pouch, Sealed in desiccated aluminum pouch, 200 pouches per bag | | |

**Applicable Inspection and Evaluation of specification:**

**Physical Inspection:**

| Test | Specification | Results |
|---|---|---|
| **Strip Appearance** | AC ≤ 1% | Pass |
| **Label** | AC ≤ 0.1% | Pass |
| **Pouch** | AC ≤ 0.1% | Pass |
| **Desiccant in pouches** | AC ≤ 0.1% | Pass |

Note: AC (Acceptance Number) is maximum allowable defects or defectives in a sample for the lot to be accepted based on the sampling plan.

**Performance Characteristic Inspection:**

| Test | | Specification | Results |
|---|---|---|---|
| **Sensitivity** | Positive Control P1 | Antigen concentration at limit of detection | Positive |
| | Positive Control P2 | Antigen concentrate at 5x limit of detection | Positive |
| | Positive Control P3 | Antigen concentrate at 10x limit of detection | Positive |
| **Accuracy & Specificity** | Negative nasal swab panel | Negative nasal swab samples from 5 healthy donors | Negative |
| | Negative control sample | BSA dissolved in PBS solutions | Negative |
| | Assay buffer | Diluents provided with the tests | Negative |

Note: All data are from QC testing unless otherwise indicated.

**Safety Certification:**

1. **Appropriate inspection has been applied to this lot, and to our knowledge, specific defects do not exceed the maximum allowable quantities as listed in the applicable specifications.**
2. **This lot has been manufactured and packaged in accordance with the relevant regulations for diagnostic and medical devices industry in USA.**
3. **There are no biohazard materials utilized in this product. No radioactive materials, no narcotic reagents, neither their derivatives, no virus neither their reagent nor metabolic by-products.**

**Approved by:** [signature] **Date:** 2021-02-15

UNIVERSAL MEDITECH INC.

# Certificate of Analysis

| | | | |
|---|---|---|---|
| **Product Name** | Sensiva React Antigen Test | **Catalog No.** | 550-10 |
| **Lot No.** | COV-UL-AG-2102-02-Q | **Expiry Date** | 2023-02-15 |
| **Store** | 2-30°C | **Quantity** | 150,000 |
| **Appearance** | UL Cassette, Single pouch, Sealed in desiccated aluminum pouch, 200 pouches per bag | | |

**Applicable Inspection and Evaluation of specification:**

**Physical Inspection:**

| Test | Specification | Results |
|---|---|---|
| **Strip Appearance** | AC ≤ 1% | Pass |
| **Label** | AC ≤ 0.1% | Pass |
| **Pouch** | AC ≤ 0.1% | Pass |
| **Desiccant in pouches** | AC ≤ 0.1% | Pass |

Note: AC (Acceptance Number) is maximum allowable defects or defectives in a sample for the lot to be accepted based on the sampling plan.

**Performance Characteristic Inspection:**

| Test | | Specification | Results |
|---|---|---|---|
| **Sensitivity** | Positive Control P1 | Antigen concentration at limit of detection | Positive |
| | Positive Control P2 | Antigen concentrate at 5x limit of detection | Positive |
| | Positive Control P3 | Antigen concentrate at 10x limit of detection | Positive |
| **Accuracy & Specificity** | Negative nasal swab panel | Negative nasal swab samples from 5 healthy donors | Negative |
| | Negative control sample | BSA dissolved in PBS solutions | Negative |
| | Assay buffer | Diluents provided with the tests | Negative |

Note: All data are from QC testing unless otherwise indicated.

**Safety Certification:**

1. **Appropriate inspection has been applied to this lot, and to our knowledge, specific defects do not exceed the maximum allowable quantities as listed in the applicable specifications.**
2. **This lot has been manufactured and packaged in accordance with the relevant regulations for diagnostic and medical devices industry in USA.**
3. **There are no biohazard materials utilized in this product. No radioactive materials, no narcotic reagents, neither their derivatives, no virus neither their reagent nor metabolic by-products.**

**Approved by:** [signature] **Date:** 2021-02-18

1320 E Fortune Ave, Suite 102, Fresno, CA 93725, USA

www.universal-meditech.com Tel: +1(559)366-7798

UNIVERSAL MEDITECH INC.

# Certificate of Analysis

| | | | |
|---|---|---|---|
| **Product Name** | Sensiva React Antigen Test | **Catalog No.** | 550-10 |
| **Lot No.** | COV-UL-AG-2102-02-Q | **Expiry Date** | 2023-02-15 |
| **Store** | 2-30°C | **Quantity** | 150,000 |
| **Appearance** | UL Cassette, Single pouch, Sealed in desiccated aluminum pouch, 200 pouches per bag | | |

**Applicable Inspection and Evaluation of specification:**

**Physical Inspection:**

| Test | Specification | Results |
|---|---|---|
| **Strip Appearance** | AC ≤ 1% | Pass |
| **Label** | AC ≤ 0.1% | Pass |
| **Pouch** | AC ≤ 0.1% | Pass |
| **Desiccant in pouches** | AC ≤ 0.1% | Pass |

Note: AC (Acceptance Number) is maximum allowable defects or defectives in a sample for the lot to be accepted based on the sampling plan.

**Performance Characteristic Inspection:**

| Test | | Specification | Results |
|---|---|---|---|
| **Sensitivity** | Positive Control P1 | Antigen concentration at limit of detection | Positive |
| | Positive Control P2 | Antigen concentrate at 5x limit of detection | Positive |
| | Positive Control P3 | Antigen concentrate at 10x limit of detection | Positive |
| **Accuracy & Specificity** | Negative nasal swab panel | Negative nasal swab samples from 5 healthy donors | Negative |
| | Negative control sample | BSA dissolved in PBS solutions | Negative |
| | Assay buffer | Diluents provided with the tests | Negative |

Note: All data are from QC testing unless otherwise indicated.

**Safety Certification:**

1. **Appropriate inspection has been applied to this lot, and to our knowledge, specific defects do not exceed the maximum allowable quantities as listed in the applicable specifications.**
2. **This lot has been manufactured and packaged in accordance with the relevant regulations for diagnostic and medical devices industry in USA.**
3. **There are no biohazard materials utilized in this product. No radioactive materials, no narcotic reagents, neither their derivatives, no virus neither their reagent nor metabolic by-products.**

**Approved by:** [signature] **Date:** 2021-02-23

1320 E Fortune Ave, Suite 102, Fresno, CA 93725, USA

www.universal-meditech.com Tel: +1(559)366-7798

UNIVERSAL MEDITECH INC.

# Certificate of Analysis

| | | | |
|---|---|---|---|
| **Product Name** | Sensiva React Antigen Test | **Catalog No.** | 550-10 |
| **Lot No.** | COV-UL-AG-2102-02-Q | **Expiry Date** | 2023-02-15 |
| **Store** | 2-30°C | **Quantity** | 150,000 |
| **Appearance** | UL Cassette, Single pouch, Sealed in desiccated aluminum pouch, 200 pouches per bag | | |

**Applicable Inspection and Evaluation of specification:**

**Physical Inspection:**

| Test | Specification | Results |
|---|---|---|
| **Strip Appearance** | AC ≤ 1% | Pass |
| **Label** | AC ≤ 0.1% | Pass |
| **Pouch** | AC ≤ 0.1% | Pass |
| **Desiccant in pouches** | AC ≤ 0.1% | Pass |

Note: AC (Acceptance Number) is maximum allowable defects or defectives in a sample for the lot to be accepted based on the sampling plan.

**Performance Characteristic Inspection:**

| Test | | Specification | Results |
|---|---|---|---|
| **Sensitivity** | Positive Control P1 | Antigen concentration at limit of detection | Positive |
| | Positive Control P2 | Antigen concentrate at 5x limit of detection | Positive |
| | Positive Control P3 | Antigen concentrate at 10x limit of detection | Positive |
| **Accuracy & Specificity** | Negative nasal swab panel | Negative nasal swab samples from 5 healthy donors | Negative |
| | Negative control sample | BSA dissolved in PBS solutions | Negative |
| | Assay buffer | Diluents provided with the tests | Negative |

Note: All data are from QC testing unless otherwise indicated.

**Safety Certification:**

1. **Appropriate inspection has been applied to this lot, and to our knowledge, specific defects do not exceed the maximum allowable quantities as listed in the applicable specifications.**
2. **This lot has been manufactured and packaged in accordance with the relevant regulations for diagnostic and medical devices industry in USA.**
3. **There are no biohazard materials utilized in this product. No radioactive materials, no narcotic reagents, neither their derivatives, no virus neither their reagent nor metabolic by-products.**

p

**Approved by:** [signature] **Date:** 2021-02-26

1320 E Fortune Ave, Suite 102, Fresno, CA 93725, USA

www.universal-meditech.com Tel: +1(559)366-7798

UNIVERSAL MEDITECH INC.

# Certificate of Analysis

| | | | |
|---|---|---|---|
| **Product Name** | Sensiva React Antigen Test | **Catalog No.** | 550-10 |
| **Lot No.** | COV-UL-AG-2102-02-Q | **Expiry Date** | 2023-02-15 |
| **Store** | 2-30°C | **Quantity** | 100,000 |
| **Appearance** | UL Cassette, Single pouch, Sealed in desiccated aluminum pouch, 200 pouches per bag | | |

**Applicable Inspection and Evaluation of specification:**

**Physical Inspection:**

| Test | Specification | Results |
|---|---|---|
| **Strip Appearance** | AC ≤ 1% | Pass |
| **Label** | AC ≤ 0.1% | Pass |
| **Pouch** | AC ≤ 0.1% | Pass |
| **Desiccant in pouches** | AC ≤ 0.1% | Pass |

Note: AC (Acceptance Number) is maximum allowable defects or defectives in a sample for the lot to be accepted based on the sampling plan.

**Performance Characteristic Inspection:**

| Test | | Specification | Results |
|---|---|---|---|
| **Sensitivity** | Positive Control P1 | Antigen concentration at limit of detection | Positive |
| | Positive Control P2 | Antigen concentrate at 5x limit of detection | Positive |
| | Positive Control P3 | Antigen concentrate at 10x limit of detection | Positive |
| **Accuracy & Specificity** | Negative nasal swab panel | Negative nasal swab samples from 5 healthy donors | Negative |
| | Negative control sample | BSA dissolved in PBS solutions | Negative |
| | Assay buffer | Diluents provided with the tests | Negative |

Note: All data are from QC testing unless otherwise indicated.

**Safety Certification:**

1. **Appropriate inspection has been applied to this lot, and to our knowledge, specific defects do not exceed the maximum allowable quantities as listed in the applicable specifications.**
2. **This lot has been manufactured and packaged in accordance with the relevant regulations for diagnostic and medical devices industry in USA.**
3. **There are no biohazard materials utilized in this product. No radioactive materials, no narcotic reagents, neither their derivatives, no virus neither their reagent nor metabolic by-products.**

p

**Approved by:** [signature] **Date:** 2021-03-03

1320 E Fortune Ave, Suite 102, Fresno, CA 93725, USA

www.universal-meditech.com Tel: +1(559)366-7798


Strong pos.




germ-X
moisturizing
original
hand
sanitizer
NITRILE EXAM
GLOVES
KIRKLAND
Signature
M
MED
200
Multipurpose
GLOVES
SmartPULL dispenser
Textured Fingertips
NON LATEX
Latex-Free
ITM. / ART. 467120
CLEAR

# STATE OF CALIFORNIA

## DEPARTMENT OF PUBLIC HEALTH
## FOOD AND DRUG BRANCH

## MEDICAL DEVICE MANUFACTURING LICENSE

Universal Meditech Inc.
1320 E. Fortune Ave, Suite 102
Fresno, Ca 93725

**LICENSE NUMBER: 106371**
**EXPIRATION DATE: 9/6/2022**

The person named herein is licensed to manufacture devices through the expiration date of this license. This license is issued in accordance with the provisions of Division 104, Chapter 6, Article 6 of the California Health and Safety Code and is not transferable to any other person or place. The licensee is required by law to immediately notify the California Department of Public Health of any change in the information reported in the application.

Food and Drug Branch, 1500 Capitol Avenue, MS 7602, PO Box 997435, Sacramento, CA 95899-7435 (916) 650-6500

Printed: 9/16/2020

OSP 07 102308






Large
22" x 18" x 18"