**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **SENSIVA HEALTH, LLC**<br>**VERSUS**<br>**UNIVERSAL MEDITECH, INC. and KAREKIN KHATCHADOORIAN** | **CIVIL ACTION NO. 21-00598**<br>**JUDGE GREG GERARD GUIDRY**<br>**MAGISTRATE JUDGE MICHAEL NORTH**<br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S MOTION *IN LIMINE***

**NOW INTO COURT**, Plaintiff Sensiva Health, LLC ("Sensiva"), through undersigned counsel, respectfully submits this Motion *in Limine*, pursuant to the Federal Rules of Evidence 401, 402, 403, and 404, to limit or exclude at trial any testimony, evidence, or argument regarding any claims, disputes, settlements, proceedings, or litigation involving Sensiva, Cormeum Lab Services, LLC ("Cormeum"), and/or their principals.

1.

Sensiva anticipates that Universal Meditech, Inc. ("UMI") may attempt to elicit testimony or evidence regarding other disputes, settlements, or litigation that are unrelated to this case. Specifically, UMI may introduce evidence regarding the following:

(1) an unrelated and settled *qui tam* litigation proceeding involving a prior company that Dr. Tarun Jolly (named as a Defendant herein) was involved in (the "*Qui Tam* Action");

(2) unrelated and settled commercial litigation disputes between Sensiva/Cormeum, and non-parties to this suit (a) Steuart Contract Packaging ("Steuart") and (b) Coastal Laboratories, Inc. and AMSOnSite, Inc. ("Coastal/AMSOnSite"), (collectively, the "Steuart and Coastal/AMSOnSite Lawsuits"); and

(3) unrelated commercial litigation involving Sensiva/Cormeum, and a non-party to this suit, BKK Solutions, LLC, formerly BCK Medical Holdings, LLC ("BKK"), ("the "BKK Lawsuit").

2.

Pursuant to Rules 401, 402, 403, and 404, such evidence should be excluded at trial because it is irrelevant, highly prejudicial, and will only mislead and confuse the jury and delay/unreasonably extend the trial.

**WHEREFORE**, for these reasons, and for the reasons set forth in the accompanying Memorandum in Support, Sensiva prays that the Court enter an order excluding and limiting any testimony, evidence, or argument at trial regarding any other dispute, litigation, settlement, or proceeding involving Sensiva, Cormeum, and/or their principals.

Respectfully Submitted:

*/s/ Tarak Anada*
TARAK ANADA (#31598)
LAUREN C. MASTIO (La. Bar #33077)
MICHAEL J. O'BRIEN (La. Bar #38852)
TREY K. BARTHOLOMEW (#39114)
JONES WALKER LLP
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8322
Facsimile: (504) 589-8322
E-Mail: tanada@joneswaker.com
lmastio@joneswalker.com
mobrien@joneswalker.com
tbartholomew@joneswalker.com

*Attorneys for Sensiva Health, LLC, Cormeum Lab Services, LLC, and Tarun Jolly, M.D.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been forwarded to opposing counsel of record by e-filing in the Court's CM/ECF system, this 28th day of September, 2022.

*/s/Tarak Anada*