**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **SENSIVA HEALTH, LLC**<br><br>**VERSUS**<br><br>**UNIVERSAL MEDITECH, INC. and KAREKIN KHATCHADOORIAN** | **CIVIL ACTION NO. 21-00598**<br><br>**JUDGE GREG GERARD GUIDRY**<br><br>**MAGISTRATE JUDGE MICHAEL NORTH**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF SUBMISSION**

Plaintiff Sensiva Health, LLC ("Sensiva"), through undersigned counsel, gives notice in accordance with Local Rule 7.2 that its Motion *in Limine* will be submitted to the Court for decision on October 26, 2022, at 10:00 a.m., in Courtroom C552 at 500 Poydras Street, New Orleans, Louisiana 70130, before the Honorable Greg G. Guidry.

Respectfully Submitted:

*/s/ Tarak Anada*

TARAK ANADA (#31598)
LAUREN C. MASTIO (La. Bar #33077)
MICHAEL J. O'BRIEN (La. Bar #38852)
TREY K. BARTHOLOMEW (#39114)
JONES WALKER LLP
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8322
Facsimile: (504) 589-8322
E-Mail: tanada@joneswaker.com
lmastio@joneswalker.com
mobrien@joneswalker.com
tbartholomew@joneswalker.com

*Attorneys for Sensiva Health, LLC, Cormeum Lab Services, LLC, and Tarun Jolly, M.D.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been forwarded to opposing counsel of record by e-filing in the Court's CM/ECF system, this 28th day of September, 2022.

*/s/Tarak Anada*