MINUTE ENTRY
NORTH, M.J.
SEPTEMBER 28, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SENSIVA HEALTH, L.L.C. | CIVIL ACTION |
| VERSUS | NUMBER: 21-598 |
| UNIVERSAL MEDITECH, INC., ET AL. | SECTION: "T" (5) |

On September 28, 2022, this Court held an oral hearing the Motion for Violation of the Court's Discovery Order (Rec. doc. 150), the Second Motion for Sanctions due to Defendant UMI's Second Violation of a Discovery Order (Rec. doc. 159), a motion to expedite (Rec. doc. 160), and the Motion for Attorney Fees. (Rec. doc. 161). UMI has filed oppositions to the two motions for contempt. (Rec. docs. 158, 163). Present at the hearing were Tarak Anada and Lauren Mastio on behalf of Plaintiffs and Raymond Lewis on behalf of Defendants. For the reasons stated on the record,

**IT IS ORDERED** that UMI supplement its responses to Plaintiffs' interrogatories and requests for production.

**IT IS FURTHER ORDERED** that Plaintiffs will be permitted to re-depose UMI's witnesses during the now-extended discovery period for the limited purpose of addressing any supplemental productions/responses made after the date of the hearing.

**IT IS FURTHER ORDERED** that any such supplemental productions/responses/information may not be used by any Defendant to counter any dispositive or other motions filed by Plaintiffs on or before the September 28, 2022 motions deadline.

MJSTAR: 00:32

**IT IS FURTHER ORDERED** that Sensiva may reserve its right to seek leave to file an out-of-time motion for adverse inferences regarding any discovery requests to which UMI never responded and that would support Sensiva's claims and defenses, such as Sensiva's discovery requests for UMI's Quality Control Procedure Documentation.  While Defendants may oppose any motion for an adverse inference, they may not oppose Sensiva's motion for leave to file such a motion out of time.

**IT IS FURTHER ORDERED** that the work-related computers, email systems, and the platforms, such as Baidu and What's App, used by Zhaoyan (Yan) Wang and Zhaolin Wang who were recently deposed, be searched according to the ESI protocol currently in place (as outlined in Defendants' email to this Court dated September 29, 2022) and that the terms "Aide Biopharmaceuticals" and "Guangdi Packaging Material Company" be added to the list of search terms to be used in the ESI protocol.[1]  This shall be completed no later than two (2) weeks from the date of this Minute Entry, and the results must be produced to Plaintiffs no later than two (2) weeks from Friday, September 30, 2022.

**IT IS FURTHER ORDERED** that Motion for Violation of the Court's Discovery Order (Rec. doc. 150), the Second Motion for Sanctions due to Defendant UMI's Second Violation of a Discovery Order (Rec. doc. 159), the motion to expedite (Rec. doc. 160), and the Motion for Attorney Fees (Rec. doc. 161) are **DISMISSED AS MOOT**.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

---

[1] The entire list of search terms is listed in the correspondence sent to the Court September 29, 2022, which is attached to this Minute Entry.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SENSIVA HEALTH, LLC | * | CIVIL ACTION NO. 21-00598 |
| | * | |
| V. | * | JUDGE GREG GERARD GUIDRY |
| | * | |
| UNIVERSAL MEDITECH, INC | * | MAGISTRATE JUDGE MICHAEL NORTH |
| And KAREKIN KHATCHADOORIAN | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ESI Plan After September 28, 2022 Hearing with Magistrate Judge**

Defendant, Universal Meditech, Inc. ("UMI"), submits the following ESI Plan to the Court after the instructions from the Court during the September 28, 2022 hearing. The ESI Plan has been developed with input and comment from Plaintiff, Sensiva Health, LLC.

The ESI Plan is as follows:

**A. Collection**:

1. <u>Sources</u>: work-related computers; email correspondence for addresses issued by the company; and other communication platforms, such as Baidu and What's App.

2. <u>Custodians</u>: Zhaoyan (Yan) Wang; Zhaolin (Lin) Wang

3. <u>Date Range</u>: November 1, 2019 through March 25, 2021

**B. Search Terms:** [both English and Chinese Translations will be searched]

| | *English* | *Chinese Translation* |
|---|---|---|
| 1. | Sensiva | |
| 2. | Cormeum | |
| 3. | Jolly | |
| 4. | TJ | |
| 5. | Tarun | |
| 6. | Ben | |
| 7. | Williamson | |
| 8. | Donovan | |
| 9. | Blakney | |
| 10. | Jacob | |

| | | |
|---|---|---|
| 11. | Jake | |
| 12. | Kurdys | |
| 13. | Jeff | |
| 14. | Johnston | |
| 15. | Karekin | |
| 16. | Khatchadoorian | |
| 17. | Jesse | |
| 18. | ZJB | |
| 19. | KK | |
| 20. | Development w/2 Agreement | |
| 21. | SARS-Cov-2 | |
| 22. | SARS-Co-2 | |
| 23. | Antigen | |
| 24. | Test kit | |
| 25. | Testing kit | |
| 26. | Lateral flow device | |
| 27. | LFD | |
| 28. | Instant and covid | |
| 29. | Home test | |
| 30. | Emergency use authorization | |
| 31. | EUA | |
| 32. | Laboratory developed test | |
| 33. | LDT | |
| 34. | PO-0128 | |
| 35. | Specification! | |
| 36. | Bulk shipped | |
| 37. | Vacuum sealed | |
| 38. | Desiccant | |
| 39. | Buffer | |
| 40. | Positive control | |
| 41. | Saliva | |
| 42. | Swish and spit | |
| 43. | Inspect! | |
| 44. | Quality control | |
| 45. | QC testing | |
| 46. | QC evaluation | |
| 47. | January 28, 2021 | |
| 48. | 1/28/21 or 1/28/2021 | |
| 49. | March 4, 2021 | |
| 50. | 3/4/21 or 3/4/2021 | |
| 51. | Letter agreement | |
| 52. | React | |
| 53. | Rapid and covid | |
| 54. | Manufactur! | |
| 55. | Package! | |

| | | |
|---|---|---|
| 56. | FDA | |
| 57. | Food and drug administration | |
| 58. | Covidscan | |
| 59. | Cassette! | |
| 60. | Covid-19 | |
| 61. | Strips | |
| 62. | 10640 Fountains Drive | |
| 63. | Investor | |
| 64. | Distribut! | |
| 65. | Contained and sterile | |
| 66. | Endotoxicity | |
| 67. | VitaPros or Vita-Pros | |
| 68. | Manufactured and America | |
| 69. | Manufactured and USA | |
| 70. | Manufactured and California | |
| 71. | Manufactured and Fresno | |
| 72. | Manufactured and China | |
| 73. | Decheng | |
| 74. | Wondfo | |
| 75. | Hanson | |
| 76. | Flimsy | |
| 77. | Translucent | |
| 78. | "poor quality" | |
| 79. | Quality | |
| 80. | Aide | |
| 81. | Biopharmaceuticals | |
| 82. | Guangdi | |
| 83. | Chromatography | |
| 84. | clam shell | |
| 85. | Clamshell | |
| 86. | Jiabei | |
| 87. | Zhu | |
| 88. | Guandi | |
| 89. | Packaging | |

Respectfully submitted,

**Certificate of Service**

*/s/ Raymond C. Lewis*

I certify this pleading has been served by e-mail, by telefacsimile, or by placing a copy of same in the United States mail, postage prepaid and properly addressed, this 29th day of September, 2022.

Robert E. Kerrigan, Jr. (#07350)
rek@deutschkerrigan.com
Raymond C. Lewis (#31236)
rlewis@deutschkerrigan.com
Devin J. Barnett (#33001)
dbarnett@deutschkerrigan.com

3

|  |  |
|---|---|
| /s/ *Raymond C. Lewis* <br> Raymond C. Lewis | **Deutsch Kerrigan, L.L.P.** <br> 755 Magazine Street <br> New Orleans, LA  70130 <br> Telephone:  504-593-0697 <br> Facsimile:  504-566-4077 |