2021-05075
C
Section 10
JURY

FILED
2021 JUN 15 P 01:18
CIVIL
DISTRICT COURT

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

**NO. _______** **DIVISION "____"**

**VITAPROS, LLC AND SENSIVA HEALTH, LLC**

**VERSUS**

**STEUART CONTRACT PACKAGING A/K/A STEUART CUSTOM PRODUCTS INC.**

**FILED:** ______________________________ ______________________________
**DEPUTY CLERK**

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs VitaPros, LLC and Sensiva Health, LLC, which file this Petition for Damages against Defendant Steuart Contract Packaging a/k/a Steuart Custom Products, Inc., and aver as follows:

**PARTIES**

1.

Plaintiff VitaPros, LLC ("VitaPros") is a two member LLC with both members being citizens of the State of Minnesota.

2.

Plaintiff Sensiva Health, LLC ("Sensiva") is headquartered in New Orleans, LA, with its members being citizens of South Carolina and Florida.

3.

Defendant Steuart Contract Packaging a/k/a Steuart Custom Products, Inc. ("Steuart") is a corporation that is a citizen of the State of Minnesota because it is incorporated in Minnesota and has its principal place of business in Minnesota.

**JURISDICTION AND VENUE**

4.

Jurisdiction is proper in this district under La. Rev. Stat. Ann. § 13:3201 because this suit arises out of Defendant Steuart's contract to provide goods and services in the State of Louisiana, and involves conduct that was directed to a Louisiana business operating in New Orleans, Louisiana, and a significant amount of the wrongful conduct, actions and omissions at issue in this proceeding occurred in the State of Louisiana.

VERIFIED
Yanley Salazar
2021 JUN 15 P 01:36

Ex. 1 to UMI Opp. to Sensiva MIL

2021-05075
C
Section 10

FILED
2021 JUN 15 P 01:18
CIVIL
DISTRICT COURT

5.

Venue is proper under La. Code Civ. Proc. art. 74 in Orleans Parish, Louisiana because the wrongful conduct, actions and omissions at issue in this proceeding occurred in Orleans Parish, LA and the damages sustained by Sensiva was sustained in Orleans Parish, LA.

**GENERAL ALLEGATIONS**

6.

Plaintiff Sensiva is a company that provides laboratory testing services.

7.

Plaintiff VitaPros is a company that offers brokerage services to laboratory testing services companies including Sensiva.

8.

Defendant Steuart is a contract packaging company that contracted to "wrap" and "kit pack" COVID-19 laboratory test kits for Sensiva through Sensiva's broker VitaPros.

9.

On January 18, 2021 Steuart sent a proposal to Sensiva in New Orleans, Louisiana to "wrap" and "kit pack" React Test Kits at a specified price per unit.

10.

Sensiva accepted Steuart's January 18, 2021 proposal (by issuing Purchase Orders to Steuart through its broker VitaPros) and Seniva and VitaPros paid approximately $980,000.00 to Steuart as a deposit required under the contract.

11.

Steuart, in turn, began shipping wrapped and packed React Test Kits to Sensiva in New Orleans, LA.

12.

When the React Test Kits were received by Sensiva, Sensiva discovered that the majority of the kits were improperly packed in a humid environment and improperly sealed by Steuart such that the nitrocellulose paper contained within the kits became deteriorated, thereby rendering the kits useless.



E-Filed

2021-05075
C
Section 10

FILED
2021 JUN 15 P 01:18
CIVIL
DISTRICT COURT

13.

Sensiva's customers refused to accept the kits provided by Steuart after the kits failed testing because they were improperly packed in a humid environment and improperly sealed by Steuart.

**COUNT ONE – BREACH OF CONTRACT**

14.

Plaintiffs reallege and incorporate paragraphs 1-13 of the Petition as if fully restated herein.

15.

Steuart contracted to wrap and pack React Test Kits for Sensiva and VitaPros, and breached its contract to provide such services by improperly packing the kits in a humid environment and improperly sealing the kits.

16.

As a result of Steuart's failure to adequately perform these services, Sensiva and VitaPros have incurred monetary damages, including the deposit money paid to Steuart and consequential damages stemming from Sensiva's and VitaPros's inability to provide kits to their customers.

**COUNT TWO – UNJUST ENRICHMENT**

17.

Plaintiffs reallege and incorporate paragraphs 1-16 of the Petition as if fully restated herein.

18.

In the alternative, if it is found that a contract was never formed between Sensiva and Steuart, Steuart was enriched by the amount of deposit money paid to it by Sensiva, Sensiva was correspondingly impoverished by that same amount, and there was an absence of justification for such enrichment and impoverishment because Sensiva never received functioning test kits from Steuart.

**COUNT THREE – NEGLIGENCE**

19.

Plaintiffs reallege and incorporate paragraphs 1-18 of the Petition as if fully restated herein.



E-Filed

2021-05075
C
Section 10

FILED
2021 JUN 15 P 01:18
CIVIL
DISTRICT COURT

20.

Steuart owed a duty to both Sensiva and VitaPros to properly pack and seal the test kits, but by its negligence, imprudence, or want of skill, and by failing to meet the industry standards in the packaging industry, Steuart breached that duty, and said breach is a cause in fact of damage to Plaintiffs; and actual damage was sustained by Plaintiffs.

**JURY TRIAL DEMAND**

21.

Plaintiffs demand a jury trial on all claims so triable.

**WHEREFORE,** Plaintiffs, VitaPros, LLC and Sensiva Health, LLC, prays that their Petition be deemed good and sufficient, and that citation be issued and the Petition be served upon Defendant, Steuart Contract Packaging, and that it be required to answer the Petition within the time frame set forth under the law and, after due proceedings are had, there be judgment in favor of Plaintiffs and against Defendant for the full amount of damages incurred by Plaintiffs, plus interest, costs, and any and all damages which might be proven at trial along with any and all general and equitable relief.

Respectfully submitted,

TARAK ANADA (#31598)
CAROLINE MCCAFFREY (#39276)
Jones Walker LLP
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8322
Facsimile: (504) 589-8322
Email: tanada@joneswalker.com
cmcaffrey@joneswalker.com
*Attorneys for Plaintiffs VitaPros, LLC and Sensiva Health, LLC*

**PLEASE SERVE VIA THE LOUISIANA LONG ARM STATUTE:**

Steuart Contract Packaging a/k/a Steuart Custom Products, Inc.
Via its Registered Agent for Service of Process
Benjamin M. Steuart
142 South Main Street
Mabel, MN 55954-5595



E-Filed