UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SENSIVA HEALTH, LLC | CIVIL ACTION NO. 21-00598 |
| VERSUS | JUDGE GREG GERARD GUIDRY |
| UNIVERSAL MEDITECH, INC., and KAREKIN KHATCHADOORIAN | MAGISTRATE JUDGE MICHAEL NORTH |

**MOTION TO WITHDRAW AS COUNSEL FOR UNIVERSAL MEDITECH INC. AND KAREKIN KHATCHADOORIAN BY DEUTSCH KERRIGAN L.L.P.**

Pursuant to Local Rule 83.2.11 and Louisiana Rule of Professional Conduct 1.16(b), attorneys of record for Universal Meditech, Inc. and Karekin Khatchadoorian ("Defendants") hereby respectfully request leave to withdraw as counsel of record in the above-captioned matter. Good cause exists to permit Deutsch Kerrigan's withdrawal pursuant to Local Rule 83.2.3 and LA R. PROF. COND. 1.16(b)(4), (5), and (6). Therefore, Defendants' counsel respectfully requests that the Court (a) grant this Motion for Leave to Withdraw as Counsel of Record for Defendants, (b) authorize Deutsch Kerrigan to withdraw as counsel of record for Defendants, and (c) relieve Deutsch Kerrigan of any and all further obligations on behalf of the Defendants in this action.

Respectfully submitted,

*/s/ Raymond C. Lewis*
ROBERT E. KERRIGAN (#07350)
rek@deutschkerrigan.com
RAYMOND C. LEWIS (#31236)
rlewis@dkslaw.com
DEVIN J. BARNETT (#33001)
dbarnett@deutschkerrigan.com
**DEUTSCH KERRIGAN, L.L.P.**
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-5141

Certificate of Service

I HEREBY CERTIFY that on January 24, 2023, the foregoing was filed electronically using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Raymond C. Lewis*
Raymond C. Lewis