UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SENSIVA HEALTH, LLC | CIVIL ACTION NO. 21-00598 |
| VERSUS | JUDGE GREG GERARD GUIDRY |
| UNIVERSAL MEDITECH, INC., and KAREKIN KHATCHADOORIAN | MAGISTRATE JUDGE MICHAEL NORTH |

# NOTICE OF SUBMISSION

Please take Notice that the Motion to Withdraw filed by Defendants, Universal Meditech, Inc. and Karekin Khatchadoorian is hereby noticed for submission before the Honorable Greg Gerard Guidry on February 15, 2023, at 10:00 a.m.

Respectfully submitted,

*/s/ Raymond C. Lewis*

ROBERT E. KERRIGAN (#07350)
rek@deutschkerrigan.com
RAYMOND C. LEWIS (#31236)
rlewis@dkslaw.com
DEVIN J. BARNETT (#33001)
dbarnett@deutschkerrigan.com
**DEUTSCH KERRIGAN, L.L.P.**
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-5141

Certificate of Service

I HEREBY CERTIFY that on January 24, 2023, the foregoing was filed electronically using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Raymond C. Lewis*
Raymond C. Lewis