UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SENSIVA HEALTH, LLC | CIVIL ACTION NO. 21-00598 |
| VERSUS | JUDGE GREG GERARD GUIDRY |
| UNIVERSAL MEDITECH, INC., and KAREKIN KHATCHADOORIAN | MAGISTRATE JUDGE MICHAEL NORTH |

**LOCAL RULE 83.2.11 CERTIFICATION AND DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR UNIVERSAL MEDITECH INC. BY DEUTSCH KERRIGAN L.L.P.**

Pursuant to Local Rule 83.2.11 and Louisiana Rule of Professional Conduct 1.16(b), attorneys of record for Universal Meditech, Inc. and Karekin Khatchadoorian ("Defendants") submit the following Certification and Declaration:

1. I, Raymond C. Lewis, am over the age of twenty-one (21) years and have never been convicted of a felony or a crime of moral turpitude. I am of sound mind and am competent and qualified to make this declaration and to testify to the matters stated herein. The statements contained in this declaration are true and correct based upon my personal knowledge.

2. I am a partner at the firm Deutsch Kerrigan, LLP, and am counsel of record for Universal Meditech, Inc. and Karekin Khatchadoorian ("Defendants") in this matter.

3. This matter concluded by default judgment. [RD 197.] There are no scheduled hearings, trials, or court appearances at this time. [RD 198.]

4. Undersigned counsel has repeatedly called and e-mailed written notice of their intent to withdraw in October 2022, November 2022, and January 2023.

5. Defendants' last known address, telephone numbers, and email addresses are:

| | |
|---|---|
| Address: | 1320 E. Fortune Ave., #102<br>Fresno, CA 93725 |
| Telephone Numbers: | 559-366-7798<br>559-207-0722 |
| Email Address(s) | admin@universal-meditech.com<br>sales@universal-meditech.com<br>yanwang@universal-meditech.com<br>lynn@universal-meditech.com |

6. Deutsch Kerrigan has attempted to contact Defendants using the above information to no avail for over two (2) months.

7. Undersigned counsel has complied with Local Rule 83.2.11 and with Rule 1.16 of the Rules of Professional Conduct.

8. Good cause exists to permit Deutsch Kerrigan's withdrawal pursuant to Local Rule 83.2.3 and Louisiana Rule of Professional Conduct 1.16(b)(4), (5), and (6).

9. Out of an abundance of caution, Deutsch Kerrigan is not at liberty to elaborate further on the reasons why good cause exists to grant this Motion. *See* LA. R. PROF COND. 1.6. If the Court requires further support for the good-faith basis supporting good cause in the filing of this Motion, Deutsch Kerrigan requests that any such submission(s) be made in camera and that such submissions exclude information protected by the attorney-client privilege and/or attorney work product doctrine.

10. Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of January, 2023.

RAYMOND C. LEWIS