UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SENSIVA HEALTH, LLC | CIVIL ACTION NO. 21-00598 |
| VERSUS | JUDGE GREG GERARD GUIDRY |
| UNIVERSAL MEDITECH, INC., and KAREKIN KHATCHADOORIAN | MAGISTRATE JUDGE MICHAEL NORTH |

**PROPOSED ORDER**

Considering the foregoing Motion Withdraw as Counsel for Universal Meditech, Inc. and Karekin Khatchadoorian ("Defendants") filed by Deutsch Kerrigan, L.L.P,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** The Court orders that Deutsch Kerrigan is hereby withdrawn as counsel of record for Defendants and relieves Deutsch Kerrigan of any and all further obligations on behalf of the Defendants in this action**.**

New Orleans, Louisiana this _____day of _____________, 2023.

________________________________________
HON. GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE